**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* ________ Chapter 11

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | Form Los Angeles LLC | |
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 87-4092226 | |
| 4. | **Debtor's address** | **Principal place of business**<br>835 N La Brea Avenue<br>Los Angeles, CA 90038<br>Number, Street, City, State & ZIP Code<br>Los Angeles<br>County | **Mailing address, if different from principal place of business**<br>P.O. Box, Number, Street, City, State & ZIP Code<br>**Location of principal assets, if different from principal place of business**<br>Number, Street, City, State & ZIP Code |
| 5. | **Debtor's website (URL)** | www.form-losangeles.com | |
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Debtor **Form Los Angeles LLC** Case number (*if known*)
Name

**7. Describe debtor's business**

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*

- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

**4424**

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check all that apply:*
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District ______ When ______ Case number ______
District ______ When ______ Case number ______

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor ____ Relationship ____
District ____ When ____ Case number, if known ____

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? ____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other ____

**Where is the property?** ____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes. Insurance agency ____
Contact name ____
Phone ____

## Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Form Los Angeles LLC** Case number (if known)
Name

## Part 4: Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/23/2026
MM / DD / YYYY

X [signature]
Signature of authorized representative of debtor

**Jordan Mosslar**
Printed name

Title **Founder/Owner**

**18. Signature of attorney**

X [signature] Date 04/23/2026
Signature of attorney for debtor MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone **(310) 271-6223** Email address **michael.berger@bankruptcypower.com**

**100291 CA**
Bar number and State

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | Form Los Angeles LLC |
| United States Bankruptcy Court for the | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/23/2026

X [signature]
Signature of individual signing on behalf of debtor

**Jordan Mosslar**
Printed name

**Founder/Owner**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name Form Los Angeles LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| A.N.M. Construction<br>1517 W 130th Street<br>Gardena, CA 90249 | | vendor | | | | $73,870.46 |
| Adam and Kym Barday<br>c/o Law Office of Aryeh Kaufman<br>5482 Wilshire Blvd., PMB 1907<br>Los Angeles, CA 90036 | | Breach of Contract | Contingent<br>Unliquidated<br>Disputed | | | $658,787.17 |
| American Express<br>c/o Becket and Lee<br>PO Box 3001<br>Malvern, PA 19355 | | credit card | | | | $25,609.98 |
| California Department of Tax and<br>Fee Administration<br>P O Box 942879<br>Sacramento, CA 94279 | | taxes | | | | $138,099.00 |
| City of Los Angeles<br>Office of Finance<br>PO Box 53200<br>Los Angeles, CA 90053 | | | | | | Unknown |
| Earth Customs<br>1025 W Arbor Vita Street<br>Inglewood, CA 90301 | | vendor | Disputed | | | $61,322.87 |
| Elavon Inc.<br>3250 Wilshire Blvd.<br>Los Angeles, CA 90010 | | customer chargebacks | | | | $188,703.57 |

Debtor Form Los Angeles LLC
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Estes Forwarding Worldwide LLC<br>100 Gateway Centre Pkwy, Ste 210<br>Richmond, VA 23235 | | vendor | | | | $21,452.34 |
| Franchise Tax Board<br>Bankruptcy Section<br>MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | | | | | | Unknown |
| Internal Revenue Service<br>P O Box 7346<br>Philadelphia, PA 19101-7346 | | | | | | Unknown |
| Lab La Brea LLC<br>c/o Bruce Beard DDS, Mgr<br>22600 Ventura Blvd., #204<br>Woodland Hills, CA 91364 | | two months rent | | | | $50,000.00 |
| Pilot Freight<br>2 Braxton Way<br>Glen Mills, PA 19342 | | vendor | Unliquidated | | | $84,000.00 |
| Shi Hui Stone<br>Xiamen Shihui Stone Co., Ltd., 3102 No. 505 Canghudong Yili, Haicang Di<br>Xiamen, Fujian, China | | vendor | | | | $180,000.00 |
| Shopify Credit<br>c/o Celtic Bank<br>268 South State Street, Ste 300<br>Salt Lake City, UT 84111 | | credit card | | | | $93,139.45 |
| Southern California Edison<br>PO Box 300<br>Rosemead, CA 91772 | | utilities | | | | $7,400.00 |

Debtor **Form Los Angeles LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| TF Designs (Beck/BC Legal Group) 707 SE 3rd Ave, Floor 6 Fort Lauderdale, FL 33316 | | vendor | Unliquidated Disputed | | | $71,200.00 |
| The Consultancy PR (TCPR) 6363 Wilshire Blvd., Suite 311 Los Angeles, CA 90048 | | consulting fee | Contingent Disputed | | | $30,408.75 |
| Wells Fargo Line of Credit PO Box 5007 Sioux Falls, SD 57117-5007 | | credit card | | | | $23,737.38 |

# United States Bankruptcy Court
## Central District of California

In re **Form Los Angeles LLC** Debtor(s) Case No. Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jordan Mosslar**<br>**835 N La Brea Avenue**<br>**Los Angeles, CA 90038** | | | **equity ownership interest** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, Jordan Mosslar, the **Founder/Owner** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date 04/23/2026

Signature
**Jordan Mosslar**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both 18 U.S.C. §§ 152 and 3571

# STATEMENT OF RELATED CASES
# INFORMATION REQUIRED BY LBR 1015-2
# UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

**None**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned whether still pending, and if not, the disposition thereof If none, so indicate Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

**None**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof has been filed by or against the debtor within the last 180 days (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof If none so indicate Also list any real property included in Schedule A/B that was filed with any such prior proceeding(s) )

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Los Angeles**, California

Date 04/26/2026

**Jordan Mosslar**
Signature of Debtor 1

Signature of Debtor 2

Fill in this information to identify the case:

Debtor name Form Los Angeles LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

**Part 1:** **Summary of Assets**

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

| | | |
|---|---|---|
| 1a. **Real property:** Copy line 88 from *Schedule A/B* | $ | 0.00 |
| 1b. **Total personal property:** Copy line 91A from *Schedule A/B* | $ | 190,504.53 |
| 1c. **Total of all property:** Copy line 92 from *Schedule A/B* | $ | 190,504.53 |

**Part 2:** **Summary of Liabilities**

| | | |
|---|---|---|
| 2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D) Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* | $ | 352,068.88 |
| 3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F) | | |
| 3a. **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of *Schedule E/F* | $ | 138,099.00 |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F* | +$ | 1,569,631.97 |
| 4. **Total liabilities** Lines 2 + 3a + 3b | $ | 2,059,799.85 |

**Fill in this information to identify the case:**

Debtor name Form Los Angeles LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1: Cash and cash equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor** — **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** ***(Identify all)***

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Bank of America | Checking account | 1189 | $7.89 |
| 3.2. | Bank of America | Checking account | 5617 | $0.00 |

4. **Other cash equivalents** ***(Identify all)***

5. **Total of Part 1.** — **$7.89**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2: Deposits and Prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1. Lab La Brea LLC: security deposit for showroom at 835 N. La Brea Avenue — $85,442.64

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Debtor **Form Los Angeles LLC** Case number *(If known)*
Name

Description, including name of holder of prepayment

9. **Total of Part 2.** **$85,442.64**
Add lines 7 through 8. Copy the total to line 81.

**Part 3: Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

| | face amount | | doubtful or uncollectible accounts | | |
|---|---|---|---|---|---|
| 11a. 90 days old or less: | 17,054.00 | - | 0.00 | = .... | $17,054.00 |

12. **Total of Part 3.** **$17,054.00**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.

**Part 4: Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5: Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale**<br>**Custom furniture inventory in showroom and in transit from manufacturers. Debtor has 135 active unfulfilled orders totalling $1,973,267.26 in deposits.** | | $0.00 | | Unknown |
| 22. | **Other inventory or supplies** | | | | |

23. **Total of Part 5.** **$0.00**
Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
■ No
☐ Yes

Debtor **Form Los Angeles LLC** Case number *(If known)*
Name

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
■ No
☐ Yes. Book value ______ Valuation method ______ Current Value ______

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

## Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No. Go to Part 8.
☐ Yes Fill in the information below.

## Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2023 Range Rover P530 SE (financed vehicle) Monthly payments are $2,400. Debtor has appx. 2 1/2 years remaining.** | **$0.00** | | **$88,000.00** |
| 47.2. **2025 Tesla Model 3 LR, VIN ending in 7461** | **$0.00** | | **$0.00** |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

51. **Total of Part 8.** **$88,000.00**
Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor Form Los Angeles LLC Case number *(If known)*
Name

■ No
☐ Yes

**Part 9: Real property**

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

**Part 10: Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

**Part 11: All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.
☐ Yes Fill in the information below.

Debtor **Form Los Angeles LLC** Case number *(If known)*
Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7.89 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $85,442.64 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $17,054.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $88,000.00 | |
| 88. | **Real property.** *Copy line 56, Part 9.* > | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $190,504.53 | + 91b. $0.00 |

| | | |
|---|---|---|
| 92. | **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | $190,504.53 |

**Fill in this information to identify the case:**

Debtor name: Form Los Angeles LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**California Department of Tax and Fee Administration**<br>**P O Box 942879**<br>**Sacramento, CA 94279** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$138,099.00** | **$138,099.00** |
| | Date or dates debt was incurred<br>**2022 - 2026** | Basis for the claim:<br>**taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**City of Los Angeles**<br>**Office of Finance**<br>**PO Box 53200**<br>**Los Angeles, CA 90053** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Form Los Angeles LLC** Case number (if known)
Name

**2.3** Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

**2.4** Priority creditor's name and mailing address
**Internal Revenue Service**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**
**A.N.M. Construction**
**1517 W 130th Street**
**Gardena, CA 90249**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** vendor
Is the claim subject to offset? ■ No ☐ Yes

**$73,870.46**

**3.2** **Nonpriority creditor's name and mailing address**
**Adam and Kym Barday**
**c/o Law Office of Aryeh Kaufman**
**5482 Wilshire Blvd., PMB 1907**
**Los Angeles, CA 90036**
**Date(s) debt was incurred** 6/23/2024
**Last 4 digits of account number** 1136

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed
**Basis for the claim:** Breach of Contract
Is the claim subject to offset? ■ No ☐ Yes

**$658,787.17**

**3.3** **Nonpriority creditor's name and mailing address**
**American Express**
**c/o Becket and Lee**
**PO Box 3001**
**Malvern, PA 19355**
**Date(s) debt was incurred** 12/2021
**Last 4 digits of account number** 2204

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:** credit card
Is the claim subject to offset? ■ No ☐ Yes

**$25,609.98**

Debtor **Form Los Angeles LLC** Case number (if known) ______
Name

| | | | |
|---|---|---|---|
| 3.4 | **Nonpriority creditor's name and mailing address**<br>**Earth Customs**<br>**1025 W Arbor Vita Street**<br>**Inglewood, CA 90301**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$61,322.87** |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>**Elavon Inc.**<br>**3250 Wilshire Blvd.**<br>**Los Angeles, CA 90010**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: customer chargebacks<br>Is the claim subject to offset? ■ No ☐ Yes | **$188,703.57** |
| 3.6 | **Nonpriority creditor's name and mailing address**<br>**Estes Forwarding Worldwide LLC**<br>**100 Gateway Centre Pkwy, Ste 210**<br>**Richmond, VA 23235**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$21,452.34** |
| 3.7 | **Nonpriority creditor's name and mailing address**<br>**Lab La Brea LLC**<br>**c/o Bruce Beard DDS, Mgr**<br>**22600 Ventura Blvd., #204**<br>**Woodland Hills, CA 91364**<br>Date(s) debt was incurred March and April 2026<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: two months rent<br>Is the claim subject to offset? ■ No ☐ Yes | **$50,000.00** |
| 3.8 | **Nonpriority creditor's name and mailing address**<br>**Pilot Freight**<br>**2 Braxton Way**<br>**Glen Mills, PA 19342**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>■ Unliquidated<br>☐ Disputed<br>Basis for the claim: vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$84,000.00** |
| 3.9 | **Nonpriority creditor's name and mailing address**<br>**Shi Hui Stone**<br>**Xiamen Shihui Stone Co., Ltd., 3102**<br>**No. 505 Canghudong Yili, Haicang Di**<br>**Xiamen, Fujian, China**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: vendor<br>Is the claim subject to offset? ■ No ☐ Yes | **$180,000.00** |
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Shopify Credit**<br>**c/o Celtic Bank**<br>**268 South State Street, Ste 300**<br>**Salt Lake City, UT 84111**<br>Date(s) debt was incurred 8/2025<br>Last 4 digits of account number 4816 | As of the petition filing date, the claim is: *Check all that apply*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: credit card<br>Is the claim subject to offset? ■ No ☐ Yes | **$93,139.45** |

Debtor Form Los Angeles LLC — Case number (if known)

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.11 | **Southern California Edison**<br>PO Box 300<br>Rosemead, CA 91772<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: utilities<br>Is the claim subject to offset? ■ No ☐ Yes | $7,400.00 |
| 3.12 | **TF Designs (Beck/BC Legal Group)**<br>707 SE 3rd Ave, Floor 6<br>Fort Lauderdale, FL 33316<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ☐ Contingent<br>■ Unliquidated<br>■ Disputed<br>Basis for the claim: vendor<br>Is the claim subject to offset? ■ No ☐ Yes | $71,200.00 |
| 3.13 | **The Consultancy PR (TCPR)**<br>6363 Wilshire Blvd., Suite 311<br>Los Angeles, CA 90048<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: consulting fee<br>Is the claim subject to offset? ■ No ☐ Yes | $30,408.75 |
| 3.14 | **Wells Fargo Line of Credit**<br>PO Box 5007<br>Sioux Falls, SD 57117-5007<br>Date(s) debt was incurred 06/2024<br>Last 4 digits of account number 2605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: credit card<br>Is the claim subject to offset? ■ No ☐ Yes | $23,737.38 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 138,099.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,569,631.97 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 1,707,730.97 |

Fill in this information to identify the case:

Debtor name Form Los Angeles LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) ____________

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Your Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | *Column 1:* Codebtor | | *Column 2:* Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Jordan Mosslar** | **835 N La Brea Avenue<br>Los Angeles, CA 90038** | **U.S. Bank, N.A.** | ■ D 2.5<br>☐ E/F<br>☐ G |
| 2.2 | **Jordan Mosslar** | **835 N La Brea Avenue<br>Los Angeles, CA 90038** | **Forward Financing** | ■ D 2.1<br>☐ E/F<br>☐ G |
| 2.3 | **Jordan Mosslar** | **835 N La Brea Avenue<br>Los Angeles, CA 90038** | **Oakwood Capital** | ■ D 2.2<br>☐ E/F<br>☐ G |
| 2.4 | **Jordan Mosslar** | **835 N La Brea Avenue<br>Los Angeles, CA 90038** | **Wells Fargo Line of Credit** | ☐ D<br>■ E/F 3.14<br>☐ G |
| 2.5 | **Jordan Mosslar** | **835 N La Brea Avenue<br>Los Angeles, CA 90038** | **American Express** | ☐ D<br>■ E/F 3.3<br>☐ G |

Debtor **Form Los Angeles LLC** Case number *(if known)* ______

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Jordan Mosslar** | **835 N La Brea Avenue<br>Los Angeles, CA 90038** | **Adam and Kym Barday** | ☐ D<br>■ E/F 3.2<br>☐ G |
| 2.7 | **Jordan Mosslar** | **835 N La Brea Avenue<br>Los Angeles, CA 90038** | **Tesla** | ■ D 2.4<br>☐ E/F<br>☐ G |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Central District of California

In re Form Los Angeles LLC
Debtor(s)

Case No.
Chapter 11

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept A RETAINER OF | $ | 25,000.00 |
| Prior to the filing of this statement I have received A RETAINER OF | $ | 25,000.00 |
| Balance Due | $ | 0.00 |

2. The source of the compensation paid to me was:

   ☑ Debtor ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ☑ Debtor ☐ Other (specify):

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [List other services that counsel has agreed to provide]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

4/23/26
*Date*

Michael Jay Berger
*Signature of Attorney*

Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
michael.berger@bankruptcypower.com
*Name of law firm*

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
California State Bar Number: 100291 CA
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☐ *Debtor(s) appearing without an attorney*
■ *Attorney for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:
Form Los Angeles LLC

Debtor(s)

CASE NO
CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 4 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions

Date: 04/23/2026 Signature of Debtor 1

Date: ______ Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 4/23/26 Signature of Attorney for Debtor (if applicable)

Form Los Angeles LLC
835 N La Brea Avenue
Los Angeles, CA 90038

Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212

A.N.M. Construction
1517 W 130th Street
Gardena, CA 90249

Adam and Kym Barday
c/o Law Office of Aryeh Kaufman
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355

California Department of Tax and
Fee Administration
P O Box 942879
Sacramento, CA 94279

City of Los Angeles
Office of Finance
PO Box 53200
Los Angeles, CA 90053

Earth Customs
1025 W Arbor Vita Street
Inglewood, CA 90301

Elavon Inc.
3250 Wilshire Blvd.
Los Angeles, CA 90010

Estes Forwarding Worldwide LLC
100 Gateway Centre Pkwy, Ste 210
Richmond, VA 23235

Forward Financing
77 Summer Street, Suite 402
Boston, MA 02110

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

Jordan Mosslar
835 N La Brea Avenue
Los Angeles, CA 90038

Lab La Brea LLC
c/o Bruce Beard DDS, Mgr
22600 Ventura Blvd., #204
Woodland Hills, CA 91364

Oakwood Capital
15233 Ventura Blvd., Ste 500
Sherman Oaks, CA 91403

Pilot Freight
2 Braxton Way
Glen Mills, PA 19342

Shi Hui Stone
Xiamen Shihui Stone Co., Ltd., 3102
No. 505 Canghudong Yili, Haicang Di
Xiamen, Fujian, China

Shopify Capital
215 South State Street, Ste 1000
Salt Lake City, UT 84111

Shopify Credit
c/o Celtic Bank
268 South State Street, Ste 300
Salt Lake City, UT 84111

Southern California Edison
PO Box 300
Rosemead, CA 91772

Tesla
4550 Fremont Blvd.
Fremont, CA 94538

Tesla Lease Trust
4550 Fremont Blvd.
Fremont, CA 94538

TF Designs (Beck/BC Legal Group)
707 SE 3rd Ave, Floor 6
Fort Lauderdale, FL 33316

The Consultancy PR (TCPR)
6363 Wilshire Blvd., Suite 311
Los Angeles, CA 90048

U.S. Bank, N.A.
PO Box 790408
Saint Louis, MO 63179-0408

Wells Fargo Line of Credit
PO Box 5007
Sioux Falls, SD 57117-5007

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Michael Jay Berger (SBN 100291)**<br>**Sofya Davtyan (SBN 259544)**<br>**Law Offices of Michael Jay Berger**<br>**9454 Wilshire Boulevard, 6th floor**<br>**Beverly Hills, CA 90212**<br>**(310) 271-6223 Fax: (310) 271-9805**<br>California State Bar Number: **100291 CA**<br>**E-mail: Michael.Berger@bankruptcypower.com**<br>**E-mail: Sofya.Davtyan@bankruptcypower.com**<br><br>☑ *Attorney for: Form Los Angeles LLC* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re:<br>**Form Los Angeles LLC**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER: **11**<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, **Jordan Mosslar**, the undersigned in the above-captioned case, hereby declare
*(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because

- [✓] I am the president or other officer or an authorized agent of the Debtor corporation
- [ ] I am a party to an adversary proceeding
- [ ] I am a party to a contested matter
- [ ] I am the attorney for the Debtor corporation

2.a [✓] The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's equity interests:
See Addendum

b. [ ] There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest

Date 04/23/2026

By: [signature]
Signature of Debtor, or attorney for Debtor

Name: **Jordan Mosslar**
Printed name of Debtor, or attorney for Debtor

## Addendum to Corporate Ownership Statement Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

**The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:**

**Jordan Mosslar**
**835 N La Brea Avenue**
**Los Angeles, CA 90038**