Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
michael.berger@bankruptcypower.com
(310) 271-6223 Fax: (310) 271-9805
100291 CA
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

[ ] Individual appearing without attorney
[✓] Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

Form Los Angeles LLC

Debtor(s).

CASE NO. 2:26-bk-13976-DS

CHAPTER 11

**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]**

A filing fee is required to amend Schedules D, or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? [✓] Yes [ ] No

The following schedules, master mailing list or statements (check all that apply) are being amended:

[ ] Schedule A/B [ ] Schedule C [ ] Schedule D [✓] Schedule E/F [ ] Schedule G
[ ] Schedule H [ ] Schedule I [ ] Schedule J [ ] Schedule J-2 [✓] Statement of Financial Affairs
[ ] Statement About Your Social Security Number(s) [ ] Statement of Intentions [✓] Master Mailing List
[✓] Other *(specify)* Amended Verification of Master Mailing List

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct.

Date: 06.02.2026

Jordan Mossler
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

*NOTE:* It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

**Fill in this information to identify the case:**

Debtor name **Form Los Angeles LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) **2:26-bk-13976-DS**

■ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|
| 2.1 | $138,099.00 | $138,099.00 |
| 2.2 | Unknown | Unknown |

**2.1** Priority creditor's name and mailing address

**California Department of Tax and Fee Administration**
**P O Box 942879**
**Sacramento, CA 94279**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **2022 - 2026**

Basis for the claim: **taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** Priority creditor's name and mailing address

**City of Los Angeles**
**Office of Finance**
**PO Box 53200**
**Los Angeles, CA 90053**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Debtor Form Los Angeles LLC Case number (if known) 2:26-bk-13976-DS
Name

**2.3** Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U S C § 507(a) (8)

**2.4** Priority creditor's name and mailing address
**Internal Revenue Service**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown Unknown

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

**3.1** **Nonpriority creditor's name and mailing address**
**A.N.M. Construction**
**1517 W 130th Street**
**Gardena, CA 90249**

**As of the petition filing date, the claim is:** *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$73,870.46**

**Date(s) debt was incurred** _

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**
**Adam and Kym Barday**
**c/o Law Office of Aryeh Kaufman**
**5482 Wilshire Blvd., PMB 1907**
**Los Angeles, CA 90036**

**As of the petition filing date, the claim is:** *Check all that apply*
■ Contingent
■ Unliquidated
■ Disputed

**$658,787.17**

**Date(s) debt was incurred** 6/23/2024

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** 1136

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**
**American Express**
**c/o Becket and Lee**
**PO Box 3001**
**Malvern, PA 19355**

**As of the petition filing date, the claim is:** *Check all that apply*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$25,609.98**

**Date(s) debt was incurred** 12/2021

**Basis for the claim:** credit card

**Last 4 digits of account number** 2204

Is the claim subject to offset? ■ No ☐ Yes

**3.4** Nonpriority creditor's name and mailing address
Build Block Inc.
c/o Lim, Han & Delgado APC
660 S. Figueroa Street, Ste 1920
Los Angeles, CA 90017
Date(s) debt was incurred 5/19/2025
Last 4 digits of account number 0FLA

As of the petition filing date, the claim is: *Check all that apply* **$53,361.00**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: Customer order of a table
Is the claim subject to offset? ■ No ☐ Yes

**3.5** Nonpriority creditor's name and mailing address
Earth Customs
1025 W Arbor Vita Street
Inglewood, CA 90301
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$61,322.87**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.6** Nonpriority creditor's name and mailing address
Edmond Neal
c/o So Cal Equal Access Group
Attn: Jason J. Kim, Esq.
101 S. Western Avenue
Los Angeles, CA 90004
Date(s) debt was incurred 5/18/2026
Last 4 digits of account number HSSC

As of the petition filing date, the claim is: *Check all that apply* **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: pending lawsuit filed after bankruptcy in violation of the automatic stay
Is the claim subject to offset? ■ No ☐ Yes

**3.7** Nonpriority creditor's name and mailing address
Elavon Inc.
3250 Wilshire Blvd.
Los Angeles, CA 90010
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply* **$188,703.57**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: customer chargebacks
Is the claim subject to offset? ■ No ☐ Yes

**3.8** Nonpriority creditor's name and mailing address
Estes Forwarding Worldwide LLC
100 Gateway Centre Pkwy, Ste 210
Richmond, VA 23235
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$21,452.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.9** Nonpriority creditor's name and mailing address
Lab La Brea LLC
c/o Bruce Beard DDS, Mgr
22600 Ventura Blvd., #204
Woodland Hills, CA 91364
Date(s) debt was incurred March and April 2026
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$50,181.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: two months rent
Is the claim subject to offset? ■ No ☐ Yes

**3.10** Nonpriority creditor's name and mailing address
Pilot Freight
2 Braxton Way
Glen Mills, PA 19342
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$84,000.00**
☐ Contingent
■ Unliquidated
☐ Disputed
Basis for the claim: vendor
Is the claim subject to offset? ■ No ☐ Yes

Debtor **Form Los Angeles LLC** Case number (if known) **2:26-bk-13976-DS**
Name

**3.11** Nonpriority creditor's name and mailing address
**Shi Hui Stone**
**Xiamen Shihui Stone Co., Ltd., 3102**
**No. 505 Canghudong Yili, Haicang Di**
**Xiamen, Fujian, China**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$180,000.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.12** Nonpriority creditor's name and mailing address
**Shopify Credit**
**c/o Celtic Bank**
**268 South State Street, Ste 300**
**Salt Lake City, UT 84111**
Date(s) debt was incurred 8/2025
Last 4 digits of account number 4816

As of the petition filing date, the claim is: *Check all that apply.* **$93,139.45**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.13** Nonpriority creditor's name and mailing address
**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$7,400.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: utilities
Is the claim subject to offset? ■ No ☐ Yes

**3.14** Nonpriority creditor's name and mailing address
**TF Designs (Beck/BC Legal Group)**
**707 SE 3rd Ave, Floor 6**
**Fort Lauderdale, FL 33316**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$71,200.00**
☐ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.15** Nonpriority creditor's name and mailing address
**The Consultancy PR (TCPR)**
**6363 Wilshire Blvd., Suite 311**
**Los Angeles, CA 90048**
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.* **$30,408.75**
■ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: consulting fee
Is the claim subject to offset? ■ No ☐ Yes

**3.16** Nonpriority creditor's name and mailing address
**Wells Fargo Line of Credit**
**PO Box 5007**
**Sioux Falls, SD 57117-5007**
Date(s) debt was incurred 06/2024
Last 4 digits of account number 2605

As of the petition filing date, the claim is: *Check all that apply.* **$23,737.38**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: credit card
Is the claim subject to offset? ■ No ☐ Yes

## Part 3: List Others to Be Notified About Unsecured Claims

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

Debtor **Form Los Angeles LLC** Case number (if known) **2:26-bk-13976-DS**
Name

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | | $ 138,099.00 |
| **5b. Total claims from Part 2** | 5b. | + | $ 1,623,174.42 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $ 1,761,273.42 |

**Fill in this information to identify the case:**

Debtor name: Form Los Angeles LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): 2:26-bk-13976-DS

■ Check if this is an amended filing

# Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:** Income

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2026** to **Filing Date** | ■ Operating a business<br>☐ Other | **$500,000.00** |
| **For prior year:**<br>From **1/01/2025** to **12/31/2025** | ■ Operating a business<br>☐ Other | **$2,700,000.00** |
| **For year before that:**<br>From **1/01/2024** to **12/31/2024** | ■ Operating a business<br>☐ Other | **$1,933,000.00** |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:** List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **Adam and Kym Barday**<br>**c/o Law Office of Aryeh Kaufman**<br>**5482 Wilshire Blvd., PMB 1907**<br>**Los Angeles, CA 90036** | **within 90 days** | **$19,275.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.2. | **Shopify Credit Shopify**<br>**c/o Celtic Bank**<br>**268 South State Street, Ste 300**<br>**Salt Lake City, UT 84111** | **within 90 days** | **$28,275.49** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.3. | **Shopify Capital**<br>**100 Shockoe Slip, 2nd Floor**<br>**Richmond, VA 23219** | **within 90 days** | **$66,388.34** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.4. | **Oakwood Capital**<br>**12121 Wilshire Blvd., Ste 1250**<br>**Los Angeles, CA 90025** | **within 90 days** | **$40,776.56** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.5. | **Forward Financing**<br>**4695 MacArthur Ct., 11th Floor**<br>**Newport Beach, CA 92660** | **within 90 days** | **$36,750.00** | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.6. | **Lab La Brea LLC**<br>**c/o Bruce Beard DDS, Mgr**<br>**22600 Ventura Blvd., #204**<br>**Woodland Hills, CA 91364** | **within 90 days** | **$50,181.45** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Jordan Mosslar**<br>**835 N La Brea Avenue**<br>**Los Angeles, CA 90038**<br>**Debtor's principal** | **2025** | **$340,835.00** | **K-1 distribution** |

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:** **Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Adam Kimberley Barday & Kym Louise McKenzie Barday v. Form Los Angeles, LLC et al<br>25STCV01136 | Breach of Contract | Superior Court of California<br>County of Los Angeles<br>111 N Hill Street<br>Los Angeles, CA 90012 | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | Edmond Neal v. Form Los angeles, LLC, LAB LA Brea, LLC,<br>2:26-cv-05329-WLH-SSC | Discrimination, Negligence, et al. | United States District Court<br>Central District of California<br>312 North Spring Street<br>Los Angeles, CA 90012 | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:** **Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:** **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6: Certain Payments or Transfers**

11. **Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Law Offices of Michael Jay Berger<br>9454 Wilshire Blvd, 6th Floor<br>Beverly Hills, CA 90212 | | 4/21/26<br>4/23/26 | $26,738.00 |

Email or website address

Who made the payment, if not debtor?
Michael.Berger@bankruptcypower.com

12. **Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7: Previous Locations**

14. **Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8: Health Care Bankruptcies**

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9: Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

**Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

| Name and address | Date of service From-To |
|---|---|
| 26a.1. Accru Group Inc<br>2080 W Empire Avenue Ste 1252<br>Burbank, CA 91504 | 2024 - present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Jordan Mosslar<br>835 N La Brea Avenue<br>Los Angeles, CA 90038 | |
| 26c.2. Accru Group Inc<br>2080 W Empire Avenue Ste 1252<br>Burbank, CA 91504 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jordan Mosslar | 835 N La Brea Avenue<br>Los Angeles, CA 90038 | Owner/CEO | 100% equity security interest |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☒ Yes. Identify below

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | Jordan Mosslar<br>835 N La Brea Avenue<br>Los Angeles, CA 90038<br><br>Relationship to debtor<br>Owner | $340,835 | 2025 | K-1 distribution |

31 Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☒ No
☐ Yes. Identify below

Name of the parent corporation — Employer Identification number of the parent corporation

32 Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

☒ No
☐ Yes. Identify below.

Name of the pension fund — Employer Identification number of the pension fund

**Part 14: Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06.02.26

Signature of individual signing on behalf of the debtor — Jordan Mosslar, Printed name

Position or relationship to debtor Founder/Owner

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☒ No
☐ Yes

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
California State Bar Number: 100291 CA
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney

■ Attorney for Debtor

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

Form Los Angeles LLC

Debtor(s)

CASE NO.: 2:26-bk-13976-DS

CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of _1_ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions

Date: 06. 02. 26 Signature of Debtor 1

Date Signature of Debtor 2 (joint debtor) ) (if applicable)

Date 6/2/2026 /s/Michael Jay Berger
Signature of Attorney for Debtor (if applicable)

Build Block Inc.
c/o Lim, Han & Delgado APC
660 S. Figueroa Street, Ste 1920
Los Angeles, CA 90017

Edmond Neal
c/o So Cal Equal Access Group
Attn: Jason J. Kim, Esq.
101 S. Western Avenue
Los Angeles, CA 90004

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF): Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **6/2/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's proposed counsel: Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Subchapter V Trustee: John-Patrick McGinnis Fritz (TR) jpftrustee@lnbyg.com, jpf@trustesolutions.net
UST: Noreen A Madoyan Noreen.Madoyan@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Counsel for Lab La Brea, LLC: James R Felton jfelton@gblawllp.com, ystotland@gblawllp.com;msingleman@gblawllp.com

☐ Service information continued on attached page

2. SERVED BY UNITED STATES MAIL: On (*date*) **6/2/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Build Block Inc.**
**c/o Lim , Han & Delgado APC**
**660 S. Figueroa St., Ste. 1920**
**Los Angeles, CA 90017**

**Edmond Neal**
**c/o So Cal Equal Access Group**
**Attn: Jason J. Kim Esq.**
**101 S. Western Ave.**
**Los Angeles, CA 90004**

☐ Service information continued on attached page

3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 6/2/2026 | **Peter Garza** | **/s/ Peter Garza** |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |