Fill in this information to identify the case:

Debtor Name Form Los Angeles LLC

United States Bankruptcy Court for the Central District of California

Case number: 2:26-bk-13976-DS

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: APRIL 2026

Date report filed: 05/19/2026 (MM / DD / YYYY)

Line of business: Furinture

NAISC code:

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jordan Mosslar

Original signature of responsible party: [signature]

Printed name of responsible party: Jordan Mosslar

## 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | Yes | No | N/A |
|---|---|---|---|
| **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1. Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2. Do you plan to continue to operate the business next month? | ☐ | ☐ | ☐ |
| 3. Have you paid all of your bills on time? | ☐ | ☐ | ☑ |
| 4. Did you pay your employees on time? | ☐ | ☐ | ☑ |
| 5. Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☐ | ☐ | ☑ |
| 6. Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☐ | ☑ |
| 7. Have you timely filed all other required government filings? | ☑ | ☐ | ☐ |
| 8. Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☐ | ☐ | ☑ |
| 9. Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10. Do you have any bank accounts open other than the DIP accounts? | ☑ | ☐ | ☐ |
| 11. Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12. Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13. Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14. Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15. Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16. Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 7.36

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 22,596.00

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*. − $ 312.60

Report the total from *Exhibit D* here.

22. **Net cash flow** + $ 22,283.40

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here. = $ 22,290.76

Report this figure as the *cash on hand at the beginning of the month* on your next operating report.

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0.00

*(Exhibit E)*

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 3,485.00

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 0
27. What is the number of employees as of the date of this monthly report? 0

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0.00
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0.00
30. How much have you paid this month in other professional fees? $ 0.00
31. How much have you paid in total other professional fees since filing the case? $ 0.00

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* | | Column B | | *Column C* |
|---|---|---|---|---|---|
| | **Projected** | – | **Actual** | = | **Difference** |
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 100,000.00 | – | $ 22,596.00 | = | $ -77,404.00 |
| 33. **Cash disbursements** | $ 40,000.00 | – | $ 312.60 | = | $ -39,687.40 |
| 34. **Net cash flow** | $ 60,000.00 | – | $ 22,283.00 | = | $ -37,717.00 |

35. Total projected cash receipts for the next month: $ 100,000.00
36. Total projected cash disbursements for the next month: - $ 40,000.00
37. Total projected net cash flow for the next month: = $ 60,000.00

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☐ 39. Bank reconciliation reports for each account.
- ☐ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☐ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

FORM LOS ANGELES L.L.C.
1155 N LA CIENEGA BLVD PH 9
WEST HOLLYWOOD, CA 90069-2589

Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

# Your Business Advantage Fundamentals™ Banking

for April 1, 2026 to April 30, 2026

Account number: XXXXXXXX 1189

**FORM LOS ANGELES L.L.C.**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2026 | $88.39 |
| Deposits and other credits | 161,967.76 |
| Withdrawals and other debits | -161,926.00 |
| Checks | -0.00 |
| Service fees | -122.79 |
| **Ending balance on April 30, 2026** | **$7.36** |

# of deposits/credits: 23
# of withdrawals/debits: 93
# of items-previous cycle[1]: 0
# of days in cycle: 30
Average ledger balance: $1,331.31

[1]*Includes checks paid, deposited items and other debits*

BUSINESS ADVANTAGE

See the big picture at a glance
including your business accounts at other banks - right in your dashboard.

**To learn more, scan or visit bankofamerica.com/ConnectedApps.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-12-24-C085B | 7199262

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA

## Your checking account

FORM LOS ANGELES L.L.C. | Account #XXXXXXXX 1189 | April 1, 2026 to April 30, 2026

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 04/01/26 | Shopify DES:TRANSFER ID:ST-O5G3H0S7X9A1 INDN:FORM LOS ANGELES LLC CO ID:1800948598 CCD | 9,068.94 |
| 04/02/26 | Shopify DES:TRANSFER ID:ST-A1D9T5T7E2W5 INDN:FORM LOS ANGELES LLC CO ID:4270465600 CCD | 38,985.04 |
| 04/06/26 | Shopify DES:TRANSFER ID:ST-Y6M7Q6X0M1F1 INDN:FORM LOS ANGELES LLC CO ID:4270465600 CCD | 6,806.53 |
| 04/07/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-06) | 2,097.71 |
| 04/07/26 | Shopify DES:TRANSFER ID:ST-F9L7F9U6S4J5 INDN:FORM LOS ANGELES LLC CO ID:4270465600 CCD | 5,398.97 |
| 04/09/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-08) | 3,281.25 |
| 04/09/26 | Online Banking transfer from CHK 0501 Confirmation# 1277604317 | 1,082.07 |
| 04/10/26 | Shopify DES:TRANSFER ID:ST-J0J5V4A1P0B9 INDN:FORM LOS ANGELES LLC CO ID:1800948598 CCD | 10.20 |
| 04/13/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-10) | 3,934.84 |
| 04/13/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-10) | 1.85 |
| 04/13/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-10) | 1.09 |
| 04/13/26 | WIRE TYPE:BOOK IN DATE:260413 TIME:1218 ET TRN:2026041300488735 SNDR REF:TS20260413121749 ORIG:JASON RABIN ID:483057951350 PMT DET:INVOICE D 1259 | 2,170.00 |
| 04/14/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-13) | 3,706.96 |
| 04/14/26 | Online Banking transfer from CHK 0501 Confirmation# 1520896548 | 700.00 |
| 04/15/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-14) | 1,000.00 |
| 04/15/26 | Shopify DES:TRANSFER ID:ST-C6K1P2E4E8T7 INDN:FORM LOS ANGELES LLC CO ID:1800948598 CCD | 9,149.19 |
| 04/15/26 | INTUIT 46580593 DES:DEPOSIT ID:524771346759331 INDN:FORM LOS ANGELES LLC CO ID:9215986202 CCD | 4,825.00 |
| 04/16/26 | Online Banking transfer from CHK 5617 Confirmation# 8337195925 | 7,700.00 |
| 04/20/26 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 04-17) | 1,709.72 |

*continued on the next page*

Scam Tips

Pause and verify to help prevent scams.

- Scammers may use stories to make you feel fear, greed or sympathy. Do not react or engage.
- Hang up if you receive a suspicious call from someone saying they are from the bank. If you want to verify the request, call the number on your statement or card.

**Learn more about trending scams.**
**Scan the code or visit bofa.com/HelpProtectYourself.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-04-25-0510B | 7857158

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 04/20/26 | Transfer Melio Solutions Inc from Andros Home LLC ; "Inv D1266" | 28,117.95 |
| 04/22/26 | INTUIT 67837983 DES:DEPOSIT ID:524771346759331 INDN:FORM LOS ANGELES LLC CO ID:9215986202 CCD | 7,317.00 |
| 04/23/26 | INTUIT 71015943 DES:DEPOSIT ID:524771346759331 INDN:FORM LOS ANGELES LLC CO ID:9215986202 CCD | 7,929.00 |
| 04/28/26 | Shopify DES:TRANSFER ID:ST-F9X5P7M9Q8K3 INDN:FORM LOS ANGELES LLC CO ID:4270465600 CCD | 16,974.45 |
| **Total deposits and other credits** | | **$161,967.76** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/01/26 | Zelle payment to NAJEE DETIEGE-DAIGLE Conf# hk61x6zpn | -100.00 |
| 04/01/26 | Forward Financin DES:Forward Fi ID:ST-J9E3I3N0W7M3 INDN:FORM LOS ANGELES L L C CO ID:1800948598 WEB | -3,281.25 |
| 04/01/26 | SHOPIFY CAPITAL DES:SHOPIFY ID:49890018 INDN:FORM LOS ANGELES LLC CO ID:1811161726 CCD | -1,591.20 |
| 04/01/26 | SHOPIFY CREDIT DES:SHOPIFY ID:49894979 INDN:FORM LOS ANGELES LLC CO ID:2811161726 CCD | -936.00 |
| 04/02/26 | Online Banking transfer to CHK 0501 Confirmation# 2213852363 | -5,000.00 |
| 04/02/26 | WIRE TYPE:WIRE OUT DATE:260402 TIME:1004 ET TRN:2026040200375428 SERVICE REF:010314 BNF:LAB LA BREA ID:6010570476 BNF BK:1ST CENTURY B ANK, DIV O ID:122243761 PMT DET:TKSA3WC4W | -15,090.73 |
| 04/02/26 | SHOPIFY CAPITAL DES:SHOPIFY ID:49925280 INDN:FORM LOS ANGELES LLC CO ID:1811161726 CCD | -6,822.73 |
| 04/02/26 | SHOPIFY CREDIT DES:SHOPIFY ID:49932147 INDN:FORM LOS ANGELES LLC CO ID:2811161726 CCD | -4,013.37 |
| 04/06/26 | OAKWOOD BUSINESS DES: FUNDING 6 ID:260403163019WH6 INDN:FORM LOS CO ID:1016207445 CCD | -3,706.96 |
| 04/06/26 | SHOPIFY CAPITAL DES:SHOPIFY ID:49998575 INDN:FORM LOS ANGELES LLC CO ID:1811161726 CCD | -3,566.11 |
| 04/06/26 | SHOPIFY CREDIT DES:SHOPIFY ID:50005637 INDN:FORM LOS ANGELES LLC CO ID:2811161726 CCD | -2,097.71 |
| 04/07/26 | AMERICAN EXPRESS DES:ACH PMT ID:M5814 INDN:JORDAN MOSSLAR CO ID:1133133497 CCD | -1,400.00 |
| 04/07/26 | SHOPIFY CAPITAL DES:SHOPIFY ID:50042951 INDN:FORM LOS ANGELES LLC CO ID:1811161726 CCD | -947.24 |
| 04/07/26 | SHOPIFY CREDIT DES:SHOPIFY ID:50040000 INDN:FORM LOS ANGELES LLC CO ID:2811161726 CCD | -557.20 |
| 04/07/26 | LADWP DES:WEB PAY ID:9874903857 INDN:FORM LOS ANGELES CO ID:4956000736 CCD | -498.36 |
| 04/08/26 | Forward Financin DES:Forward Fi ID:ST-L1R3Q7V1O0A8 INDN:FORM LOS ANGELES L L C CO ID:4270465600 WEB | -3,281.25 |
| 04/08/26 | JPMorgan Chase DES:Ext Trnsfr ID:28340812061 INDN:FORM LOS ANGELES LLC CO ID:9200502231 CCD | -2,836.07 |
| 04/09/26 | Zelle payment to GALLAGHER TRANSPORT INTERNATIONAL INC. Conf# baq5bso85 | -1,015.71 |
| 04/10/26 | ALLSTATE NBINDCO DES:INS PREM ID:000000804338324 INDN:MOSSLAR CO ID:1362999368 WEB | -3,934.84 |

*continued on the next page*

BANK OF AMERICA

Your checking account

FORM LOS ANGELES L.L.C. | Account # XXXXXXXX 1189 | April 1, 2026 to April 30, 2026

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 04/10/26 | SHOPIFY CAPITAL DES:SHOPIFY ID:50230206 INDN:FORM LOS ANGELES LLC CO ID:1811161726 CCD | -1.85 |
| 04/10/26 | SHOPIFY CREDIT DES:SHOPIFY ID:50227820 INDN:FORM LOS ANGELES LLC CO ID:2811161726 CCD | -1.09 |
| 04/13/26 | OAKWOOD BUSINESS DES: FUNDING 6 ID:2604101630186CJ INDN:FORM LOS CO ID:1016207445 CCD | -3,706.96 |
| 04/13/26 | Forward Financin DES:Forward Fi ID:ST-D8S3D7A5Z1K7 INDN:FORM LOS ANGELES L L C CO ID:1800948598 WEB | -656.25 |
| 04/14/26 | Online Banking transfer to CHK 0501 Confirmation# 1720273836 | -980.00 |
| 04/14/26 | Online Banking transfer to CHK 5617 Confirmation# 8520902469 | -700.00 |
| 04/14/26 | AMERICAN EXPRESS DES:ACH PMT ID:M4390 INDN:JORDAN MOSSLAR CO ID:1133133497 CCD | -1,000.00 |
| 04/14/26 | ALLSTATE INS CO DES:INS PREM ID:000000804338325 INDN:MOSSLAR CO ID:1360719665 WEB | -11.40 |
| 04/15/26 | Online Banking transfer to CHK 5617 Confirmation# 7626274848 | -7,000.00 |
| 04/15/26 | Forward Financin DES:Forward Fi ID:ST-A7N7B2T6C8K5 INDN:FORM LOS ANGELES L L C CO ID:4270465600 WEB | -3,281.25 |
| 04/15/26 | SHOPIFY CAPITAL DES:SHOPIFY ID:50385514 INDN:FORM LOS ANGELES LLC CO ID:1811161726 CCD | -1,605.17 |
| 04/15/26 | SHOPIFY CREDIT DES:SHOPIFY ID:50390386 INDN:FORM LOS ANGELES LLC CO ID:2811161726 CCD | -944.22 |
| 04/15/26 | INTUIT 51025273 DES:TRAN FEE ID:524771346759331 INDN:FORM LOS ANGELES LLC CO ID:9215986202 CCD | -144.27 |
| 04/16/26 | Online Banking transfer to CHK 0501 Confirmation# 1437206659 | -6,988.00 |
| 04/16/26 | AMERICAN EXPRESS DES:RETRY PYMT ID:M4390 INDN:JORDAN MOSSLAR CO ID:1133133497 CCD | -1,000.00 |
| 04/16/26 | ATHENS SERVICES DES:TRASH PYMT ID:1M00107567 INDN:FORM LA CO ID:2954313271 CCD | -688.88 |
| 04/17/26 | Shopify DES:TRANSFER ID:ST-F1S2G9D4E6Y5 INDN:FORM LOS ANGELES LLC CO ID:1800948598 CCD | -1,709.72 |
| 04/20/26 | Online Banking transfer to CHK 0501 Confirmation# 2271639474 | -17,700.00 |
| 04/20/26 | Online Banking transfer to CHK 0501 Confirmation# 2371817441 | -775.00 |
| 04/20/26 | OAKWOOD BUSINESS DES: FUNDING 6 ID:260417163015TT5 INDN:FORM LOS CO ID:1016207445 CCD | -3,706.96 |
| 04/20/26 | USBANK LOAN DES:PAYMENT ID:000000558319458 INDN:FORM LOS A CO ID: XXXXXXXXX PPD PMT INFO:NTE*SPH*ACCT 00558319458 EFFEC TIVE 04/18 | -2,409.81 |
| 04/20/26 | Shopify DES:TRANSFER ID:ST-B7I4K8Q6M2Z4 INDN:FORM LOS ANGELES LLC CO ID:1800948598 CCD | -2,015.00 |
| 04/21/26 | LADWP DES:WEB PAY ID:8482707600 INDN:FORM LOS ANGELES CO ID:4956000736 CCD | -51.75 |
| 04/21/26 | TESLA MOTORS DES:TESLA MOTO ID:2W5893N0Q7MHNOT INDN:JORDAN MOSSLAR CO ID:5912197729 WEB | -9.99 |
| 04/22/26 | Online Banking transfer to CHK 0501 Confirmation# 1887028677 | -1,600.00 |
| 04/22/26 | INTUIT 71784343 DES:TRAN FEE ID:524771346759331 INDN:FORM LOS ANGELES LLC CO ID:9215986202 CCD | -218.78 |
| 04/23/26 | Online Banking transfer to CHK 0501 Confirmation# 1494977425 | -10,500.00 |

continued on the next page

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 04/23/26 | Shopify DES:TRANSFER ID:ST-U6D8C5A2M4N8 INDN:FORM LOS ANGELES LLC CO ID:1800948598 CCD | -1,709.72 |
| 04/23/26 | INTUIT 74892443 DES:TRAN FEE ID:524771346759331 INDN:FORM LOS ANGELES LLC CO ID:9215986202 CCD | -237.08 |
| 04/28/26 | Online Banking transfer to CHK 5617 Confirmation# 7338710632 | -12,141.00 |
| 04/28/26 | SHOPIFY CAPITAL DES:SHOPIFY ID:50789819 INDN:FORM LOS ANGELES LLC CO ID:1811161726 CCD | -2,959.70 |
| 04/28/26 | SHOPIFY CREDIT DES:SHOPIFY ID:50787471 INDN:FORM LOS ANGELES LLC CO ID:2811161726 CCD | -1,741.00 |
| Card account # XXXX XXXX XXXX 2560 | | |
| 04/01/26 | PURCHASE 0331 THE OBLIST PARIS | -46.09 |
| 04/01/26 | CHECKCARD 0401 Pinterest Inc San FranciscoCA | -370.02 |
| 04/01/26 | CHECKCARD 0401 GOOGLE *ADS501 Mountain ViewCA CKCD 7311 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -500.00 |
| 04/01/26 | CHECKCARD 0401 GOOGLE *Worksp Mountain ViewCA CKCD 7311 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -60.92 |
| 04/01/26 | CHECKCARD 0401 FACEBK *4F4SVH Wilmington DE CKCD 7311 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -2,000.00 |
| 04/02/26 | PURCHASE 0401 Google ADS5013869723 650-2530000 CA | -77.61 |
| 04/03/26 | CHECKCARD 0403 Google MySudo Private 650-2530000 CA 24204296093000078709082 RECURRING CKCD 5816 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -4.99 |
| 04/03/26 | PURCHASE 0402 ZAPIER.COM/CHARGE ZAPIER.COM CA | -29.99 |
| 04/03/26 | PURCHASE 0402 WWW.PERPLEXITY.AI WWW.PERPLEXITCA | -20.00 |
| 04/03/26 | PURCHASE 0403 SHOPIFY* 510681005 SHOPIFY.COM IL | -39.00 |
| 04/06/26 | CHECKCARD 0405 GOOGLE *Spotify Music 855-836-3987 CA 24692166095104563925047 RECURRING CKCD 4899 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -12.99 |
| 04/06/26 | CHECKCARD 0403 HEIMAT LA BREA 213-319-7849 CA 24055226094704213544348 RECURRING CKCD 7997 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -350.00 |
| 04/06/26 | PURCHASE 0404 ALIBABA.COM 800-981-3590 CA | -5,994.02 |
| 04/06/26 | CHECKCARD 0405 NETLIFY NETLIFY.COM CA 24492166095100028027413 RECURRING CKCD 5734 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -20.00 |
| 04/06/26 | PURCHASE 0406 Google ADS5013869723 650-2530000 CA | -500.00 |
| 04/09/26 | CHECKCARD 0409 GOOGLE *ADS501 Mountain ViewCA CKCD 7311 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -500.00 |
| 04/10/26 | PURCHASE 0410 PATTERNED.AI LONDON | -10.00 |
| 04/16/26 | PURCHASE 0415 CALENDLY CALENDLY.COM GA | -24.00 |
| 04/17/26 | PURCHASE 0416 NEXT INSUR GEN L NEXT-INSURANCCA | -394.92 |
| 04/20/26 | PURCHASE 0417 Epidemic Sound AB Stockholm | -17.99 |
| 04/20/26 | CHECKCARD 0417 INTUIT *QBooks Online CL.INTUIT.COMCA 24692166107402341819771 RECURRING CKCD 5734 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -75.00 |
| 04/20/26 | CHECKCARD 0420 GOOGLE *ADS501 Mountain ViewCA CKCD 7311 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -1,000.00 |
| 04/22/26 | PURCHASE 0421 Adobe Inc 800-8336687 CA | -69.99 |
| 04/22/26 | PURCHASE 0422 RING SERVICES RING.COM CA | -99.00 |
| 04/23/26 | CHECKCARD 0421 HEIMAT LA BREA 213-319-7849 CA 24055226112724739442486 CKCD 7997 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -50.00 |
| 04/23/26 | CHECKCARD 0422 Google ADS5013869723 650-2530000 CA 24204296112001410685094 RECURRING CKCD 7311 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -500.00 |

*continued on the next page*

BANK OF AMERICA

Your checking account

FORM LOS ANGELES L.L.C. | Account #XXXXXXXX 1189 | April 1, 2026 to April 30, 2026

## Withdrawals and other debits - continued

| Date | Description | Amount |
| --- | --- | --- |
| 04/23/26 | PURCHASE 0422 Spectrum 855-707-7328 MO | -176.02 |
| 04/24/26 | PURCHASE 0423 THE OBLIST PARIS | -46.87 |
| 04/27/26 | CHECKCARD 0425 APPLE COM BILL CUPERTINO CA 00000000000000000905423 RECURRING CKCD 4899 XXXXXXXXXXXX2560 XXXX XXXX XXXX 2560 | -15.00 |
| 04/27/26 | PURCHASE 0426 CANVA* I04863-6326822 CANVA.COM TX | -50.00 |
| **Subtotal for card account # XXXX XXXX XXXX 2560** | | **-$13,054.42** |
| **Total withdrawals and other debits** | | **-$161,926.00** |

## Service fees

**Your Overdraft and NSF: Returned Item fees for this statement period and year to date are shown below.**

| | Total for this period | Total year-to-date |
| --- | --- | --- |
| Total Overdraft fees | $90.00 | $210.00 |
| Total NSF: Returned Item fees | $0.00 | $0.00 |

**We want to help you avoid overdraft fees. Here are a few ways to manage your account and stay on top of your balance:**

- Enroll in Balance Connect™ for overdraft protection through Online or Mobile Banking to help save on overdraft fees and cover your payments and purchases by automatically transferring money from your linked backup accounts when needed.
- Sign up for Alerts (footnote 1) to get an email or text message when your balance becomes low

Please call us or visit us if you have any questions or to discuss your options.

(footnote 1) You may elect to receive alerts via text or email. Bank of America does not charge for this service but your mobile carrier's message and data rates may apply. Delivery of alerts may be affected or delayed by your mobile carrier's coverage.

The Monthly Fee on your primary Business Advantage Fundamentals Banking account was waived for the statement period ending 03/31/26. A check mark below indicates the requirement(s) you have met to qualify for the Monthly Fee waiver on the account.

✓ $500+ in new net purchases on a linked Business debit card has been met

✓ $5,000+ combined average monthly balance in linked business accounts has been met

○ Become a member of Preferred Rewards for Business has not been met

For information on Small Business products and services or to link an existing account, please call 1.888.BUSINESS. For more information about the Preferred Rewards for Business program and which fees can be waived based on account eligibility and enrollment, see the Business Schedule of Fees located at bankofamerica.com/businessfeesataglance.

| Date | Transaction description | Amount |
| --- | --- | --- |
| 04/01/26 | PURCHASE 0331 THE OBLIST PARIS 74609056090100037827152 RECURRING CKCD 5712 XXXXXXXXXXXX2560 INTERNATIONAL TRANSACTION FEE | -1.38 |
| 04/02/26 | Wire Transfer Fee | -30.00 |
| 04/08/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-08 | -10.00 |
| 04/09/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-09 | -10.00 |
| 04/10/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-10 | -10.00 |
| 04/16/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-16 | -10.00 |
| 04/17/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-17 | -10.00 |

*continued on the next page*

## Service fees - continued

| Date | Transaction description | Amount |
|---|---|---|
| 04/21/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-21 | -10.00 |
| 04/21/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-21 | -10.00 |
| 04/23/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-23 | -10.00 |
| 04/24/26 | OVERDRAFT ITEM FEE FOR ACTIVITY OF 04-24 | -10.00 |
| 04/24/26 | PURCHASE 0423 THE OBLIST PARIS 74609056114100005575249 RECURRING CKCD 5712 XXXXXXXXXXXX2560 INTERNATIONAL TRANSACTION FEE | -1.41 |
| **Total service fees** | | **-$122.79** |

*Note your Ending Balance already reflects the subtraction of Service Fees.*

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/01 | 270.47 | 04/10 | -4,457.58 | 04/21 | -77.52 |
| 04/02 | 8,221.07 | 04/13 | -2,713.01 | 04/22 | 5,251.71 |
| 04/03 | 8,127.09 | 04/14 | -997.45 | 04/23 | -2.11 |
| 04/06 | -1,314.17 | 04/15 | 1,001.83 | 04/24 | -60.39 |
| 04/07 | 2,779.71 | 04/16 | -9.05 | 04/27 | -125.39 |
| 04/08 | -3,347.61 | 04/17 | -2,123.69 | 04/28 | 7.36 |
| 04/09 | -510.00 | 04/20 | 4.22 | | |

BANK OF AMERICA

P.O. Box 15284
Wilmington, DE 19850

Business Advantage

**Customer service information**

1.888.BUSINESS (1.888.287.4637)

bankofamerica.com

Bank of America, N.A.
P.O. Box 25118
Tampa, FL 33622-5118

FORM LOS ANGELES L.L.C.
835 N LA BREA AVE
LOS ANGELES, CA 90038-3340

# Your Business Advantage Fundamentals™ Banking

for April 1, 2026 to April 30, 2026

Account number: XXXXXXXX 5617

**FORM LOS ANGELES L.L.C.**

## Account summary

| | |
|---|---|
| Beginning balance on April 1, 2026 | $0.00 |
| Deposits and other credits | 30,296.00 |
| Withdrawals and other debits | -8,012.60 |
| Checks | -0.00 |
| Service fees | -0.00 |
| **Ending balance on April 30, 2026** | **$22,283.40** |

# of deposits/credits: 4

# of withdrawals/debits: 2

# of items-previous cycle[1]: 0

# of days in cycle: 30

Average ledger balance: $1,832.18

[1]*Includes checks paid, deposited items and other debits*

BUSINESS ADVANTAGE

See the big picture at a glance

including your business accounts at other banks - right in your dashboard.

**To learn more, scan or visit bankofamerica.com/ConnectedApps.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.
Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-12-24-0085.B | 7199262

# IMPORTANT INFORMATION:
## BANK DEPOSIT ACCOUNTS

How to Contact Us - You may call us at the telephone number listed on the front of this statement.

Updating your contact information - We encourage you to keep your contact information up-to-date. This includes address, email and phone number. If your information has changed, the easiest way to update it is by visiting the Help & Support tab of Online Banking.

Deposit agreement - When you opened your account, you received a deposit agreement and fee schedule and agreed that your account would be governed by the terms of these documents, as we may amend them from time to time. These documents are part of the contract for your deposit account and govern all transactions relating to your account, including all deposits and withdrawals. Copies of both the deposit agreement and fee schedule which contain the current version of the terms and conditions of your account relationship may be obtained at our financial centers.

Electronic transfers: In case of errors or questions about your electronic transfers - If you think your statement or receipt is wrong or you need more information about an electronic transfer (e.g., ATM transactions, direct deposits or withdrawals, point-of-sale transactions) on the statement or receipt, telephone or write us at the address and number listed on the front of this statement as soon as you can. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

- Tell us your name and account number.
- Describe the error or transfer you are unsure about, and explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.

For consumer accounts used primarily for personal, family or household purposes, we will investigate your complaint and will correct any error promptly. If we take more than 10 business days (10 calendar days if you are a Massachusetts customer) (20 business days if you are a new customer, for electronic transfers occurring during the first 30 days after the first deposit is made to your account) to do this, we will provisionally credit your account for the amount you think is in error, so that you will have use of the money during the time it will take to complete our investigation.

For other accounts, we investigate, and if we find we have made an error, we credit your account at the conclusion of our investigation.

Reporting other problems - You must examine your statement carefully and promptly. You are in the best position to discover errors and unauthorized transactions on your account. If you fail to notify us in writing of suspected problems or an unauthorized transaction within the time period specified in the deposit agreement (which periods are no more than 60 days after we make the statement available to you and in some cases are 30 days or less), we are not liable to you and you agree to not make a claim against us, for the problems or unauthorized transactions.

Direct deposits - If you have arranged to have direct deposits made to your account at least once every 60 days from the same person or company, you may call us to find out if the deposit was made as scheduled. You may also review your activity online or visit a financial center for information.

© 2026 Bank of America Corporation

**Bank of America, N.A. Member FDIC and Equal Housing Lender**

BANK OF AMERICA

## Your checking account

FORM LOS ANGELES L.L.C. | Account # XXXXXXX 5617 | April 1, 2026 to April 30, 2026

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 04/14/26 | Online Banking transfer from CHK 1189 Confirmation# 8520902469 | 700.00 |
| 04/15/26 | Online Banking transfer from CHK 1189 Confirmation# 7626274848 | 7,000.00 |
| 04/28/26 | Online Banking transfer from CHK 1189 Confirmation# 7338710632 | 12,141.00 |
| 04/30/26 | INTUIT 89719243 DES:DEPOSIT ID:524771346759331 INDN:FORM LOS ANGELES LLC CO ID:9215986202 CCD | 10,455.00 |
| **Total deposits and other credits** | | **$30,296.00** |

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/16/26 | Online Banking transfer to CHK 1189 Confirmation# 8337195925 | -7,700.00 |
| 04/30/26 | INTUIT 93165243 DES:TRAN FEE ID:524771346759331 INDN:FORM LOS ANGELES LLC CO ID:9215986202 CCD | -312.60 |
| **Total withdrawals and other debits** | | **-$8,012.60** |

## Daily ledger balances

| Date | Balance ($) | Date | Balance($) | Date | Balance ($) |
|---|---|---|---|---|---|
| 04/14 | 700.00 | 04/16 | 0.00 | 04/30 | 22,283.40 |
| 04/15 | 7,700.00 | 04/28 | 12,141.00 | | |

Scam Tips

Pause and verify to help prevent scams.

- Scammers may use stories to make you feel fear, greed or sympathy. Do not react or engage.
- Hang up if you receive a suspicious call from someone saying they are from the bank. If you want to verify the request, call the number on your statement or card.

**Learn more about trending scams.**
**Scan the code or visit bofa.com/HelpProtectYourself.**

When you use the QRC feature, certain information is collected from your mobile device for business purposes.

SSM-04-25-0510B | 7857158

This page intentionally left blank