Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
michael.berger@bankruptcypower.com
(310) 271-6223 Fax: (310) 271-9805
100291 CA
michael.berger@bankruptcypower.com

☐ Individual appearing without attorney
☑ *Attorney for Debtor*

FOR COURT USE ONLY

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re
Form Los Angeles LLC
Debtor(s)

CASE NO 2:26-bk-13976-DS
CHAPTER 11

**SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]**

A filing fee is required to amend Schedules D or E/F (see Abbreviated Fee Schedule on the Court's website www.cacb.uscourts.gov). A supplemental master mailing list (do not repeat any creditors on the original) is also required as an attachment if creditors are being added to the Schedule D or E/F
Are one or more creditors being added? ☑ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:
☐ Schedule A/B ☐ Schedule C ☐ Schedule D ☑ Schedule E/F ☐ Schedule G
☐ Schedule H ☐ Schedule I ☐ Schedule J ☐ Schedule J-2 ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Number(s) ☐ Statement of Intentions ☑ Master Mailing List
☑ Other *(specify)* Amended Verification of Creditor Matrix

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and or statements are true and correct

Date 7/22/2026

Jordan Moesler
Debtor 1 Signature

Debtor 2 (Joint Debtor) Signature (if applicable)

*NOTE:* It is the responsibility of the Debtor or the Debtor's attorney to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document

**Fill in this information to identify the case:**

Debtor name Form Los Angeles LLC

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) 2:26-bk-13976-DS

■ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **California Department of Tax and Fee Administration**<br>**P O Box 942879**<br>**Sacramento, CA 94279** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$138,099.00** | **$138,099.00** |
| | Date or dates debt was incurred<br>**2022 - 2026** | Basis for the claim:<br>**taxes** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | **City of Los Angeles**<br>**Office of Finance**<br>**PO Box 53200**<br>**Los Angeles, CA 90053** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **Unknown** |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Form Los Angeles LLC** Case number (if known) **2:26-bk-13976-DS**

Name

**2.3** Priority creditor's name and mailing address

**Franchise Tax Board**
**Bankruptcy Section MS: A-340**
**PO Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.4** Priority creditor's name and mailing address

**Internal Revenue Service**
**P O Box 7346**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is: *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown** **Unknown**

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2

**Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

**1STDIBS**
**51 Astor Pl 3rd Floor**
**New York, NY 10003**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$64,575.90**

**Date(s) debt was incurred** _

**Basis for the claim:** charge

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.2** **Nonpriority creditor's name and mailing address**

**A.N.M. Construction**
**1517 W 130th Street**
**Gardena, CA 90249**

**As of the petition filing date, the claim is:** *Check all that apply*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$73,870.46**

**Date(s) debt was incurred** _

**Basis for the claim:** vendor

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

**3.3** **Nonpriority creditor's name and mailing address**

**Adam and Kym Barday**
***c/o* Law Office of Aryeh Kaufman**
**5482 Wilshire Blvd., PMB 1907**
**Los Angeles, CA 90036**

**As of the petition filing date, the claim is:** *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**$658,787.17**

**Date(s) debt was incurred** 6/23/2024

**Basis for the claim:** Breach of Contract

**Last 4 digits of account number** 1136

Is the claim subject to offset? ■ No ☐ Yes

Debtor Form Los Angeles LLC — Case number (if known) 2:26-bk-13976-DS

**3.4 Nonpriority creditor's name and mailing address**
American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355
Date(s) debt was incurred 12/2021
Last 4 digits of account number 2204

As of the petition filing date, the claim is: *Check all that apply* — **$25,609.98**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: credit card
Is the claim subject to offset? ■ No ☐ Yes

**3.5 Nonpriority creditor's name and mailing address**
Build Block Inc.
c/o Lim, Han & Delgado APC
660 S. Figueroa Street, Ste 1920
Los Angeles, CA 90017
Date(s) debt was incurred 5/19/2025
Last 4 digits of account number 0FLA

As of the petition filing date, the claim is: *Check all that apply* — **$53,361.00**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: Customer order of a table
Is the claim subject to offset? ■ No ☐ Yes

**3.6 Nonpriority creditor's name and mailing address**
Earth Customs
1025 W Arbor Vita Street
Inglewood, CA 90301
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply* — **$61,322.87**
☐ Contingent
☐ Unliquidated
■ Disputed
Basis for the claim: vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.7 Nonpriority creditor's name and mailing address**
Edmond Neal
c/o So Cal Equal Access Group
Attn: Jason J. Kim, Esq.
101 S. Western Avenue
Los Angeles, CA 90004
Date(s) debt was incurred 5/18/2026
Last 4 digits of account number HSSC

As of the petition filing date, the claim is: *Check all that apply* — **Unknown**
■ Contingent
■ Unliquidated
■ Disputed
Basis for the claim: pending lawsuit filed after bankruptcy in violation of the automatic stay
Is the claim subject to offset? ■ No ☐ Yes

**3.8 Nonpriority creditor's name and mailing address**
Elavon Inc.
3250 Wilshire Blvd.
Los Angeles, CA 90010
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply* — **$567,809.00**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: customer chargebacks
Is the claim subject to offset? ■ No ☐ Yes

**3.9 Nonpriority creditor's name and mailing address**
Estes Forwarding Worldwide LLC
100 Gateway Centre Pkwy, Ste 210
Richmond, VA 23235
Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply* — **$21,452.34**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: vendor
Is the claim subject to offset? ■ No ☐ Yes

**3.10 Nonpriority creditor's name and mailing address**
Lab La Brea LLC
c/o Bruce Beard DDS, Mgr
22600 Ventura Blvd., #204
Woodland Hills, CA 91364
Date(s) debt was incurred Feb - april
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply* — **$82,991.19**
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim: delinquent rent + rental reimbursement
Is the claim subject to offset? ■ No ☐ Yes

Debtor Form Los Angeles LLC Case number (if known) 2:26-bk-13976-DS
Name

**3.11** **Nonpriority creditor's name and mailing address**
**Pilot Freight**
**2 Braxton Way**
**Glen Mills, PA 19342**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$84,000.00**
- ☐ Contingent
- ■ Unliquidated
- ☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** **Nonpriority creditor's name and mailing address**
**Shi Hui Stone**
**Xiamen Shihui Stone Co., Ltd., 3102**
**No. 505 Canghudong Yili, Haicang Di**
**Xiamen, Fujian, China**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$180,000.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** vendor

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** **Nonpriority creditor's name and mailing address**
**Shopify Capital**
**100 Shockoe Slip, 2nd Floor**
**Richmond, VA 23219**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$150,934.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** loan

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** **Nonpriority creditor's name and mailing address**
**Shopify Credit**
**c/o Celtic Bank**
**268 South State Street, Ste 300**
**Salt Lake City, UT 84111**
**Date(s) debt was incurred** 8/2025
**Last 4 digits of account number** 4816

**As of the petition filing date, the claim is:** *Check all that apply* **$93,139.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** credit card

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** **Nonpriority creditor's name and mailing address**
**Shopify Payments**
**33 New Montgomery St., Ste 750**
**San Francisco, CA 94105**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$573,518.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** chargebacks

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** **Nonpriority creditor's name and mailing address**
**Southern California Edison**
**PO Box 300**
**Rosemead, CA 91772**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$7,400.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** utilities

Is the claim subject to offset? ■ No ☐ Yes

---

**3.17** **Nonpriority creditor's name and mailing address**
**TF Designs (Beck/BC Legal Group)**
**707 SE 3rd Ave, Floor 6**
**Fort Lauderdale, FL 33316**
**Date(s) debt was incurred** _
**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.* **$0.00**
- ☐ Contingent
- ■ Unliquidated
- ■ Disputed

**Basis for the claim:** vendor; included as a precaution; received a full refund through chargebacks

Is the claim subject to offset? ■ No ☐ Yes

---

| | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Amount |
|---|---|---|---|
| 3.18 | **The Consultancy PR (TCPR)**<br>**6363 Wilshire Blvd., Suite 311**<br>**Los Angeles, CA 90048**<br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | ■ Contingent<br>☐ Unliquidated<br>■ Disputed<br>Basis for the claim: consulting fee<br>Is the claim subject to offset? ■ No ☐ Yes | $30,408.75 |
| 3.19 | **Wells Fargo Line of Credit**<br>**PO Box 5007**<br>**Sioux Falls, SD 57117-5007**<br>Date(s) debt was incurred 06/2024<br>Last 4 digits of account number 2605 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: credit card<br>Is the claim subject to offset? ■ No ☐ Yes | $23,737.38 |

## Part 3: List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 138,099.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 2,752,917.04 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,891,016.04 |

Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212
(310) 271-6223 Fax: (310) 271-9805
California State Bar Number: 100291 CA
michael.berger@bankruptcypower.com

FOR COURT USE ONLY

☐ Debtor(s) appearing without an attorney
☒ Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

In re:

Form Los Angeles LLC

Debtor(s).

CASE NO.: 2:26-bk-13976-DS
CHAPTER: 11

**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**

**[LBR 1007-1(a)]**

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of 1 sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date 07/22/2026 ________________ Signature of Debtor 1

Date ________________ Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 7/22/2026 /s/Michael Jay Berger
Signature of Attorney for Debtor (if applicable)

1STDIBS
51 Astor Pl 3rd Floor
New York, NY 10003

Elavon Inc.
3250 Wilshire Blvd.
Los Angeles, CA 90010

Lab La Brea LLC
c/o Bruce Beard DDS, Mgr
22600 Ventura Blvd., #204
Woodland Hills, CA 91364

Shopify Capital
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Shopify Credit
c/o Celtic Bank
268 South State Street, Ste 300
Salt Lake City, UT 84111

Shopify Payments
33 New Montgomery St., Ste 750
San Francisco, CA 94105

TF Designs (Beck/BC Legal Group)
707 SE 3rd Ave, Floor 6
Fort Lauderdale, FL 33316

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST, AND/OR STATEMENTS [LBR 1007-1(c)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **7/22/2026** , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Debtor's proposed counsel: Michael Jay Berger michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
Subchapter V Trustee: John-Patrick McGinnis Fritz (TR) jpftrustee@lnbyg.com, jpf@trustesolutions.net
UST: Noreen A Madoyan Noreen.Madoyan@usdoj.gov
United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov
Counsel for Lab La Brea, LLC: James R Felton jfelton@gblawllp.com, ystotland@gblawllp.com;msingleman@gblawllp.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On **7/22/2026** , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 7/22/2026 | Yathida Nipha | /s/ Yathida Nipha |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

1STDIBS
51 Astor Pl 3rd Floor
New York, NY 10003

Elavon Inc.
3250 Wilshire Blvd.
Los Angeles, CA 90010

Lab La Brea LLC
c/o Bruce Beard DDS, Mgr
22600 Ventura Blvd., #204
Woodland Hills, CA 91364

Shopify Capital
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

Shopify Credit
c/o Celtic Bank
268 South State Street, Ste 300
Salt Lake City, UT 84111

Shopify Payments
33 New Montgomery St., Ste 750
San Francisco, CA 94105

TF Designs (Beck/BC Legal Group)
707 SE 3rd Ave, Floor 6
Fort Lauderdale, FL 33316