Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
**Michael Jay Berger (SBN 100291)**
**Sofya Davtyan (SBN 259544)**
**Law Offices of Michael Jay Berger**
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
**(310) 271-6223 Fax: (310) 271-9805**
**E-mail: Michael.Berger@bankruptcypower.com**
**E-mail: Sofya.Davtyan@bankruptcypower.com**

FOR COURT USE ONLY

☐ *Individual appearing without attorney*
☑ *Attorneys for: Form Los Angeles LLC*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re:

**Form Los Angeles LLC**

Debtor(s).

CASE NO.: **2:26-bk-13976-DS**

CHAPTER: **11**

# PLAN BALLOT SUMMARY

*(Note: The Plan Proponent must file a Plan Ballot Summary at least 1 day prior to the Confirmation Hearing.)*

DATE: 10/20/2026
TIME: 1:00 p.m.
COURTROOM: 1639
ADDRESS: 255 E. Temple Street, Los Angeles, CA 90012

1. Proponent of Plan (*specify name*): **Form Los Angeles LLC**

2. Are there any competing plans filed with the court? ☐ Yes ☑ No

3. Is a cramdown requested? ☑ Yes ☐ No

4. Unimpaired classes *(specify class numbers)*: **Class 2b and Class 4**

5. Impaired classes *(specify class numbers)*: **Class 3a and Class 3b**

6. Has any impaired class approved the Plan? ☑ Yes ☐ No
   *(If YES, specify which class or classes)*: **Class 3b**

7. Pursuant to 11 U.S.C. §1126(c), only the actual ballots cast are counted to determine whether a given class has voted to accept or reject the plan. That section further provides that a class will have accepted the plan if voting creditors in such class holding at least **two-thirds in amount** and more **than one-half in number** have voted to accept the plan.

The following is a summary by creditor class of the ballots that were returned in a timely manner (an example is included on the following page):

| | | Number | | | Amount | | |
|---|---|---|---|---|---|---|---|
| Class | Impaired? | Total number of claims voted by members of class (N) | Number of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ N) | Aggregate dollar amount of claims voted by members of class (Amt) | Dollar amount of claims voted in favor of accepting the plan (A) and rejecting the plan (R) | Percentage accepting (A ÷ Amt) |
| Class 3a | Yes | (N) 4 | (A) 2<br>(R) 2 | 50 % | (Amt) $1,010,853.32 | (A) $89,482.08<br>(R) $921,371.24 | 8.85 % |
| Class 3b | Yes | (N) 1 | (A) 1<br>(R) 0 | 100 % | (Amt) $82,991.19 | (A) $82,991.19<br>(R) | 100 % |
| | | (N) | (A)<br>(R) | % | (Amt) | (A)<br>(R) | % |
| | | (N) | (A)<br>(R) | % | (Amt) | (A)<br>(R) | % |
| | | (N) | (A)<br>(R) | % | (Amt) | (A)<br>(R) | % |
| | | (N) | (A)<br>(R) | % | (Amt) | (A)<br>(R) | % |
| | | (N) | (A)<br>(R) | % | (Amt) | (A)<br>(R) | % |
| | | (N) | (A)<br>(R) | % | (Amt) | (A)<br>(R) | % |
| | | (N) | (A)<br>(R) | % | (Amt) | (A)<br>(R) | % |
| | | (N) | (A)<br>(R) | % | (Amt) | (A)<br>(R) | % |

☐ see attached continuation page

Comments:

Date: 9/29/2026

Signature of Debtor, or attorney for Debtor

**Michael Jay Berger**
**Sofya Davtyan**
Printed name of Debtor, or attorney for Debtor

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On July 22, 2026, Chapter 11 Debtor and Debtor-in-Possession **Form Los Angeles LLC** filed its Subchapter V Plan of Reorganization (the "Plan"). By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it [as defined by § 1191(b)] and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b) (West 2004 & Supp. 2006).

Check the appropriate line below, which describes your interest:

A. _X_ The undersigned, a creditor with an allowed claim in the amount of $24,906.18__;
Account Ending:2002

B. _____ The undersigned, the holder of _____ shares of ________ (explain type of stock) stock, with a certificate(s) no. ______________;

[X] Accepts the Plan [ ] Rejects the Plan

Print or type name: American Express National Bank______

State which class (by number) you are a member of: 3A

Signed: ____________________

If appropriate, by: Kenneth W. Kleppinger as Attorney/Agent for creditor

Address: c/o Becket & Lee LLP, PO Box 3001
Malvern, PA 19355______

Return this ballot on or before **September 15, 2026** to Sofya Davtyan via:

**Email: sofya.davtyan@bankruptcypower.com**
**Or**
**Facsimile: (310) 271-9805**
**Or**
**Law Offices of Michael Jay Berger**
**Attn: Sofya Davtyan, Esq.**
**9454 Wilshire Boulevard, 6th Floor**
**Beverly Hills, California 90212**

# BALLOT FOR ACCEPTING OR REJECTING PLAN

On July 22, 2026, Chapter 11 Debtor and Debtor-in-Possession **Form Los Angeles LLC** filed its Subchapter V Plan of Reorganization (the "Plan"). By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it [as defined by § 1191(b)] and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b) (West 2004 & Supp. 2006).

Check the appropriate line below, which describes your interest:

A. __X__ The undersigned, a creditor with an allowed claim in the amount of $ 64,575.90 ;

B. _____ The undersigned, the holder of ______ shares of __________ (explain type of stock) stock, with a certificate(s) no. ________________;

[X] Accepts the Plan [ ] Rejects the Plan

Print or type name: 1stdibs.com, Inc.

State which class (by number) you are a member of: 3(a)

Signed: [signature]

If appropriate, by: Melanie Goins as General Counsel

Address: 300 Park Avenue South, 10th Floor
New York, NY 10010

Return this ballot on or before September 15, 2026 to Sofya Davtyan via:

**Email: sofya.davtyan@bankruptcypower.com**
**Or**
**Facsimile: (310) 271-9805**
**Or**
**Law Offices of Michael Jay Berger**
**Attn: Sofya Davtyan, Esq.**
**9454 Wilshire Boulevard, 6th Floor**
**Beverly Hills, California 90212**

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On July 22, 2026, Chapter 11 Debtor and Debtor-in-Possession **Form Los Angeles LLC** filed its Subchapter V Plan of Reorganization (the "Plan"). By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it [as defined by § 1191(b)] and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b) (West 2004 & Supp. 2006).

Check the appropriate line below, which describes your interest:

A. Adam and Kym Barclay, The undersigned, a creditor with an allowed claim in the amount of $ 683,371.24:

B. _______ The undersigned, the holder of _______ shares of _____________ (explain type of stock) stock, with a certificate(s) no. ________________________:

[ ] Accepts the Plan [ x ] Rejects the Plan

Print or type name: Adam and Kym Barclay________________________

State which class (by number) you are a member of: ___3a____________

Signed: ________________________________________

If appropriate, by: Karen L. Grant__ as attorney for Adam & Kym Barclay_

Address: _Law Offices of Karen L. Grant, 924 Anacapa St. Ste 1M, Santa Barbara, CA 93101_____________________________________

Return this ballot on or before **September 15, 2026** to Sofya Davtyan via:

**Email: sofya.davtyan@bankruptcypower.com**
**Or**
**Facsimile: (310) 271-9805**
**Or**
**Law Offices of Michael Jay Berger**
**Attn: Sofya Davtyan, Esq.**
**9454 Wilshire Boulevard, 6th Floor**
**Beverly Hills, California 90212**

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On July 22, 2026, Chapter 11 Debtor and Debtor-in-Possession **Form Los Angeles LLC** filed its Subchapter V Plan of Reorganization (the "Plan"). By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it [as defined by § 1191(b)] and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b) (West 2004 & Supp. 2006).

Check the appropriate line below, which describes your interest:

A. __X__ The undersigned, a creditor with an allowed claim in the amount of $ 238,000 :

B. ______ The undersigned, the holder of ______ shares of __________ (explain type of stock) stock, with a certificate(s) no. ________________:

[ ] Accepts the Plan [X] Rejects the Plan

Print or type name: TAYLOR CASEY MOSSLAR

State which class (by number) you are a member of: 3(a)

Signed: [signature]

If appropriate, by: ________________ as __________

Address: 101 ANCIENT OAKS Dr., MARBLE FALLS, TX 78654

Return this ballot on or before **September 15, 2026** to Sofya Davtyan via:

**Email: sofya.davtyan@bankruptcypower.com**
**Or**
**Facsimile: (310) 271-9805**
**Or**
**Law Offices of Michael Jay Berger**
**Attn: Sofya Davtyan, Esq.**
**9454 Wilshire Boulevard, 6th Floor**
**Beverly Hills, California 90212**

## BALLOT FOR ACCEPTING OR REJECTING PLAN

On July 22, 2026, Chapter 11 Debtor and Debtor-in-Possession **Form Los Angeles LLC** filed its Subchapter V Plan of Reorganization (the "Plan"). By this ballot you will decide whether to accept or reject this Plan.

The Plan referred to in this ballot can be confirmed by the Court and thereby bind you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class and the holders of two-thirds in amount of equity security interests in each class voting on the Plan.

If the requisite acceptances are not obtained, the Court may nevertheless confirm the Plan if the Court finds that the Plan accords fair and equitable treatment to the class or classes rejecting it [as defined by § 1191(b)] and otherwise satisfies the requirements of 11 U.S.C.A. § 1129(b) (West 2004 & Supp. 2006).

Check the appropriate line below, which describes your interest:

A. ✓ The undersigned, a creditor with an allowed claim in the amount of $ 82,991.19

B. _______ The undersigned, the holder of _______ shares of ____________ (explain type of stock) stock, with a certificate(s) no. ______________________:

[✓] Accepts the Plan  [ ] Rejects the Plan

Print or type name: LAB La Brea

State which class (by number) you are a member of: 3(b)

Signed: [signature] Mgr

If appropriate, by: ______________________ as ____________

Address: 22600 Ventura Bl #204
Woodland Hills, 91364, Cal.

Return this ballot on or before **September 15, 2026** to Sofya Davtyan via:

**Email: sofya.davtyan@bankruptcypower.com**
**Or**
**Facsimile: (310) 271-9805**
**Or**
**Law Offices of Michael Jay Berger**
**Attn: Sofya Davtyan, Esq.**
**9454 Wilshire Boulevard, 6th Floor**
**Beverly Hills, California 90212**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): **PLAN BALLOT SUMMARY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **9/29/2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

**Debtor's Counsel: Michael Jay Berger** michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
**James R Felton** jfelton@gblawllp.com, ystotland@gblawllp.com;msingleman@gblawllp.com
**Subchapter V Trustee: John-Patrick McGinnis Fritz (TR)** jpftrustee@lnbyg.com, jpf@trustesolutions.net
**U.S. Trustee: Noreen A Madoyan** Noreen.Madoyan@usdoj.gov
**United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On **9/29/2026**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) ____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 9/29/2026 | Jay Mason | /s/ Jay Mason |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

Label Matrix for local noticing
0973-2
Case 2:26-bk-13976-DS
Central District of California
Los Angeles
Tue Sep 29 18:37:54 PDT 2026

Electric Bowery Ltd.
720 Hampton Drive
Venice, CA 90291-3019

Form Los Angeles LLC
835 N La Brea Avenue
Los Angeles, CA 90038-3340

Los Angeles Division
255 East Temple Street,
Los Angeles, CA 90012-3332

1stDIBS
51 Astor Pl
3rd Floor
New York, NY 10003-7139

A.N.M. Construction
1517 W 130th Street
Gardena, CA 90249-2103

Adam and Kym Barday
c/o Law Office of Aryeh Kaufman
5482 Wilshire Blvd., PMB 1907
Los Angeles, CA 90036-4218

American Express
c/o Becket and Lee
PO Box 3001
Malvern, PA 19355-0701

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Build Block, Inc
c/o Lim, Han & Delgado APC
660 S. Figueroa Street, Ste 1920
Los Angeles, CA 90017-3569

California Department of Tax and
Fee Administration
P O Box 942879
Sacramento, CA 94279-0001

(p)OFFICE OF FINANCE CITY OF LOS ANGELES
200 N SPRING ST RM 101 CITY HALL
LOS ANGELES CA 90012-3224

Earth Customs
1025 W Arbor Vita Street
Inglewood, CA 90301-2901

Earth Customs Inc
The Law Offices of Gary A Bemis
3870 La Sierra Ave Ste 239
Riverside, CA 92505-3528

Edmond Neal
c/o So Cal Equal Access Group
Attn: Jason J. Kim, Esq.
101 S. Western Avenue
Los Angeles, CA 90004-4101

Elavon Inc.
3250 Wilshire Blvd.
Los Angeles, CA 90010-1577

Elavon, Inc. c/o U.S. Bank National Associat
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

Estes Forwarding Worldwide LLC
100 Gateway Centre Pkwy, Ste 210
Richmond, VA 23235-5174

Forward Financing
77 Summer Street, Suite 402
Boston, MA 02110-1006

Franchise Tax Board
Bankruptcy Section MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Genelle Brooks-Petty
3980 Hepburn Avenue
Los Angeles, CA 90008-2735

Internal Revenue Service
P O Box 7346
Philadelphia, PA 19101-7346

JR Designs LLC dba Studio J & Co
3350 Virginia Street
2nd Floor
Miami, FL 33133-5336

Jordan Mosslar
835 N La Brea Avenue
Los Angeles, CA 90038-3340

Julian Petty
3980 Hepburn Avenue
Los Angeles, CA 90008-2735

Lab La Brea LLC
c/o Bruce Beard DDS, Mgr
22600 Ventura Blvd., #204
Woodland Hills, CA 91364-1461

Lab La Brea, LLC
James R. Felton, Esq.
16000 Ventura Blvd., Suite 1000
Encino, CA 91436-2762

MTN Studio LLC
Sierra Fox
1320 Lucille Ave
Venice, CA 90291-4021

Maersk Logistics and Services USA Inc
9300 Arrowpoint Boulevard
Charlotte, NC 28273-8136

Michael Smith Inc.
1646 19th Street
Santa Monica, CA
Santa Monica, CA 90404-3810

Oakwood Capital
15233 Ventura Blvd., Ste 500
Sherman Oaks, CA 91403-2231

Pilot Freight
2 Braxton Way
Glen Mills, PA 19342-2379

Romina Valeria Audizio
240 Crandon Blvd. STE 250
Key Biscayne, FL 33149-1620

Shi Hui Stone
Xiamen Shihui Stone Co., Ltd., 3102
No. 505 Canghudong Yili, Haicang Di
Xiamen, Fujian, China

(p)SHOPIFY INC
100 SHOCKOE SLIP 2ND FLOOR
RICHMOND VA 23219-4100

Shopify Capital
215 South State Street, Ste 1000
Salt Lake City, UT 84111-2336

Shopify Credit
c/o Celtic Bank
268 South State Street, Ste 300
Salt Lake City, UT 84111-5314

(p)SOUTHERN CALIFORNIA EDISON COMPANY
1551 W SAN BERNARDINO ROAD
COVINA CA 91722-3407

TF Designs (Beck/BC Legal Group)
707 SE 3rd Ave, Floor 6
Fort Lauderdale, FL 33316-1140

Taylor Casey Mosslar
C/O Debra Boldt
101 Ancient Oaks Dr
Marble Falls, TX 78654-7369

Tesla
4550 Fremont Blvd.
Fremont, CA 94538

Tesla Lease Trust
4550 Fremont Blvd.
Fremont, CA 94538

The Consultancy PR
2228 N Commonwealth
Los Angeles CA 90027-1202

The Consultancy PR (TCPR)
6363 Wilshire Blvd., Suite 311
Los Angeles, CA 90048-5728

Thomas Juul-Hansen LLC
137 Grand Street
New York, NY 10013-3143

Timothy J. Gorry
Timothy J. Gorry APC
13868 W Sunset Blvd
Los Angeles, CA 90272-4022

(p)U S BANK
4801 FREDERICA STREET
OWENSBORO KY 42301-7441

(p)US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

United States Trustee (LA)
915 Wilshire Blvd, Suite 1850
Los Angeles, CA 90017-3560

Wells Fargo Bank, N.A.
PO Box 10438, MAC F8235-02F
Des Moines, IA 50306-0438

Wells Fargo Line of Credit
PO Box 5007
Sioux Falls, SD 57117-5007

Workshop Interiors
39 W 38th Street
7th Floor
New York, NY 10018-1922

Adam & Kym Barclay
c/o Law Offices of Karen L. Grant
924 Anacapa Street Ste 1M
Santa Barbara, CA 93101-2156

John-Patrick McGinnis Fritz (TR)
2818 La Cienega Avenue
Los Angeles, CA 90034-2618

Michael Jay Berger
9454 Wilshire Blvd 6th Fl
Beverly Hills, CA 90212-2980

Michael Jay Berger
The Law Offices of Michael Jay Berger
9454 Wilshire Blvd.
6th Floor
Beverly Hills, CA 90212-2980

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

City of Los Angeles
Office of Finance
PO Box 53200
Los Angeles, CA 90053

Shopify Capital
100 Shockoe Slip, 2nd Floor
Richmond, VA 23219

(d)Shopify Payments
33 New Montgomery St., Ste. 750
San Francisco, CA 94105

Southern California Edison
PO Box 300
Rosemead, CA 91772

U.S. Bank National Association
Bankruptcy Department
2800 Tamarack Road
Owensboro, Kentucky 42301

U.S. Bank, N.A.
PO Box 790408
Saint Louis, MO 63179-0408

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Lab La Brea, LLC

(d)Electric Bowery Ltd.
720 Hampton Drive
Venice, CA 90291-3019

| | |
|---|---|
| End of Label Matrix | |
| Mailable recipients | 55 |
| Bypassed recipients | 2 |
| Total | 57 |