Law Offices of
**KAREN L. GRANT**
State Bar No. 122084
924 Anacapa Street, Ste 1M
Santa Barbara, CA 93101
(805) 962-4413

Attorneys for Objecting Creditors
Adam and Kym Barclay

**IN THE UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>Form Los Angeles LLC,<br><br>Debtor. | CASE NO. 2:26-bk-13976-DS<br>(Chapter 11)(Subchapter V)<br><br>**OBJECTION TO DEBTOR'S MOTION TO CONFIRM DEBTOR'S SUBCHAPTER V CHAPTER 11 PLAN OF REORGANIZATION; DECLARATION OF KAREN L. GRANT**<br><br>Date: October 20, 2026<br>Time: 1:00 p.m.<br>Place: 1415 State St.<br>Santa Barbara, CA 93101<br>Courtroom 202<br>Judge: Deborah Saltzman |

Objecting Class 3a Creditors Adam and Kym Barclay ("Barclays") respectfully submit the following objections to the Debtor Form Los Angeles LLC's ("the Debtor") motion to confirm the Debtor's Subchapter V Chapter 11 Plan of Reorganization ("the Motion") as follows:

I.

BACKGROUND

On June 23, 2024 the Barclays loaned the Debtor $500,000 in consideration for a monthly payment of fifteen (15%) of the Debtor's monthly gross revenue, along with interest at a rate of ten percent

(10%) per annum until the loan was paid off. After an initial payment, the Debtor defaulted on its monthly loan installments starting on September 2, 2024.

On January 16, 2025, the Barclays filed an action in the Los Angeles Superior Court entitled *Adam Kimberley Barclay, et al v Form Los Angeles LLC, et al, LASC Case No. 25STCV01136* ("the State Court Action"). The Debtor's principal and 100% equity holder Jordan Mossler ("Mossler") was listed as a defendant in the State Court Action. On July 16, 2025, the Debtor, Mossler and the Barclays entered into a Settlement Agreement and Stipulated Judgment in the amount of $658,787.17 requiring payments to begin on March 15, 2026 ("Judgment"). The Debtor and Mossler defaulted on the terms of the Judgment and the Debtor filed this Chapter 11 (Subchapter V) petition on April 23, 2026.

The Debtors' Schedule A/B filed with petition showed $7.89 in cash assets and an "unknown" value for finished goods held for resale. The Debtor indicated it had 135 active unfulfilled orders totaling $1,973,267.26 in deposits. In addition, Schedule A/B listed a security deposit with its landlord Lab La Brea LLC totaling $85,442.65 and a 2023 Range Rover P530 valued at $88,000 which was subject to a loan with U.S. Bank totaling $86,957.83[1]. The monthly payments on the Range Rover total $2,400 per month. The Debtor also listed a 2025 Tesla that was leased in Schedule A/B, which the Debtor indicated would be surrendered and accounts receivable totaling $17,054.00.

---

[1] Mossler is a co-debtor on the car loan with U.S. Bank and utilizes the vehicle as his personal car. The Debtor acknowledges in Exhibit A to the Plan of Reorganization filed July 22, 26 (Doc 50) that the estate has no equity in the Range Rover.

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

The Debtor filed Monthly Operating Reports ("MOR") in this case for the period of April, 2026 through August 2026. The Debtors Receipts and Disbursements vary widely from month to month as set forth in the spreadsheet attached to the Declaration of Karen L. Grant as Exhibit "A". The Debtor's most recent Operating Report in August of 2026 showed a net loss of -$13,532.45. The Debtor receipts in June of 2026 were the highest to date for that period but the receipts have fallen each month since and the Debtor's expenses have increased.

## II

## THE PLAN

On July 22, 2026, the Debtor filed its Plan of Reorganization (Doc 50) ("the Plan"). The Plan proposes to pay two secured creditors Forward Financing (Class 2a) and U.S. Bank (Class 2b), as well as, priority tax claims in full.[2] On October 1, 2026, the California Dept of Tax and Fee Administration ("CDTFA") filed a proof of claim (Claim No. 21) in the amount of $294,326.86, which is $156,227.86 higher than the amount shown in Exhibit B-2 of the Plan.

The Plan proposes to pay the Class 3a unsecured creditors a 7.8% pro-rata distribution on their claims. Certain Class 3a deposit holder creditors are to receive satisfaction in full for their claims through the fulfillment of their orders from cash withheld each month to complete the orders. The prepetition unsecured claim of Lab La Brea, LLC for prepetition arrearages under

[2] While the Debtor listed Oakwood Capital ($44,483.00) and Shopify Capital ($150,934.09) as secured creditors in its amended schedules filed May 7, 2026 (Doc 24), no treatment is provided in the Plan for the secured claims although the Plan provides that their "under secured" portions of their claims are treated in Class 3(a).

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

its lease totaling $82,991.19 treated in a separate Class 3(b) and is proposed to be paid in full.

The Debtors 5-year projections attached as Exhibit-C to the Plan rely on the financial information from the Debtor's May and June Operating Reports only and omit the financial information from the April, July and August Monthly Operating Reports. As a result Exhibit-D to the Plan overstates the Debtor's Net Cash Flow.

The 5-year projections propose to pay Mossler, the Debtor's principal and equity holder, a salary of $180,000 per annum, subject to yearly increases and ending with an annual income in year five at $202,598. Class 4 provides for the treatment of Mossler and provides that he will retain his equity interest in the Debtor, which will include his interest in the 2023 Range Rover which will paid off through the Plan.

III

THE PLAN IS INFEASIBLE

To confirm a subchapter V plan, all the requirements set forth in §1129(a) must be met, other than the requirement imposed on individual debtors to commit their disposable income over five years. §1191(a). Section 1129(a)(11) requires the debtor to prove that "[c]onfirmation of the plan is not likely to be followed by the liquidation, or the need for further financial reorganization, of the debtor or any successor to the debtor under the plan, unless such liquidation or reorganization is proposed in the plan." This feasibility requirement is a critical factor for every proposed chapter 11 plan. *See In re Bashas' Inc.*, 437 B.R. 874, 915 (Bankr. D. Ariz. 2010) (stating that feasibility "is the most important element

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

of § 1129(a)").

Exhibit-D to the Debtor's Plan lists the financial information from the Debtor's MORs for the months of May and June of 2026 only. Exhibit-D omits the Debtors July and August MORs which show substantially less net income and in fact indicates a loss of 13,532.45 in August. As a result the Debtor overstates his average net cash flow which is the basis of his 5-year projections. A copy of the July and August MOR is attached to the Declaration of Karen L. Grant as Exhibit "B." The projections, without any support whatsoever increase the Debtors income from September to December, 2026 to $187,000 to $218,000 and substantially understate Debtors operating expenses based on the Debtors most recent MORs.

The recent proof of claim of CDTFA has not been adequately provided for in the Plan. Debtor has failed to meet the requirement under §1129(a)(11) that confirmation of the Plan is not likely to be followed by the liquidation, or the need for further reorganization of the Debtor. Furthermore, the Debtor has failed its burden to establish a reasonable likelihood that it will be able to make all the payments under the Plan and the Plan does not provide appropriate remedies, which may include the liquidation of its assets, to protect the holders of claims or interest in event the payments are not made as required under §1191(c)(3)(A) and (B). Accordingly, the Plan cannot be confirmed.

IV

THE PLAN CANNOT BE CRAMMED DOWN OVER THE OBJECTION OF THE CLASS 3A CLAIMS

If all classes of creditors vote to accept the subchapter V

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

plan, the debtor need not prove anything more than it is reasonably likely to be able to perform its plan obligations as required under § 1129(a). But where one or more classes of impaired creditors do not accept the plan and § 1129(a)(8) or (10) are not met, a court may confirm the plan only if it "does not discriminate unfairly, and is fair and equitable, with respect to each class of claims or interests that is impaired under, and has not accepted, the plan." § 1191(b). Class 3a did not accept the Plan and therefore the Debtor did not satisfy the requirements of § 1129(a)(8) and is required to cramdown the plan under § 1191(b).

Section 1191(c) states the "[r]ule for construction" for purposes of § 1191(b) and determining whether a "plan is fair and equitable with respect to each class of claims or interests." It sets forth the three minimum requirements a subchapter V cramdown plan must meet to be considered "fair and equitable." First, it incorporates the requirements of §1129(b)(2)(A) for secured claims. § 1191(c)(1). Second, the plan must provide the required disposable income. §1191(c)(2). Third, the Debtor must prove either that it "will" be able to make all payments under the plan, or there is a reasonable likelihood it will make all plan payments and appropriate remedies are provided in the event of a default. § 1191(c)(3). This third requirement requires a harder look at feasibility than otherwise conducted under § 1129(a)(11) alone. See *In re Curiel*, 651 B.R. 548 (9th Cir. BAP 2023).

The Plan does not provide for all the Debtor's disposable income to provide for payments to the Class 3a claims as required under §1191(c)(2). Not only is the feasibility of the Plan at issue, the

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

Plan provides for the payment in full of the Debtor and Mossler's loan on the 2023 Land Rover with payments at $2,400 per month notwithstanding that the estate has no equity in the vehicle. The only party that benefits from this provision of the Plan is Mossler. If Mossler wants to retain this vehicle he should pay for it out of his separate income and not burden the estate with this monthly plan payment.

In addition, Mossler seeks a yearly salary of $180,000 to be increased each year under the Plan. This level of salary is beyond what the Debtor can afford, effects the feasibility of the Plan and unfairly reduces the Debtor's disposable income available to pay the creditors. It is not fair and equitable for the Class 3a creditors to receive 7.8% on their claims, while the principal of the Debtor enriches himself with an overinflated salary, subject to yearly increases and in essence a car allowance of $28,918 per year for the term of the Plan, at which time Mossler will own the vehicle outright. These provisions in the 5-year projections evidence the Plan's lack of good faith. The Plan does not meet the requirement of § 1129(a)(3).

In its Exhibit B-3 to the Plan listing the General Unsecured Creditors, the Debtor lists six (6) unsecured deposit holder creditors whose claims total approximately $156,000 and have unfilled orders which the Debtor may or may not intend to fulfill by reserving a total of $300,000 in year one and two of its 5-year projection. Not only is the amount reserved well in excess of the amount of the creditor's claims, it does not take into account Debtors cash on hand to fulfill such orders. Furthermore, the Plan

does not require the reserved funds ($20,000 per month for the first year of the Plan) be used to fulfill the orders and provides that to the extent that the six creditors orders are not fulfilled, they receive the same treatment as the Class 3a creditors. This proposed provision is in essence a ruse whereby the Debtor is able to withhold $300,000 from having to be included in its disposable income available to pay the Class 3a creditors.

If in fact, the reserved funds are utilized to satisfy the six deposit holder creditors, their inclusion in Class 3a does not comply with §1122(a) which requires that a "plan may place a claim or an interest in a particular class only if such claim or interest is substantially similar to other claims or interests of such class." The substantially different treatment of the six claims (if in fact it actually happens) in Class 3a does not comply with 1123(a)(4).

IV

CONCLUSION

Based on the forgoing the Debtors proposed Plan cannot be confirmed. The Debtor's Plan has not been proposed in good faith and the Debtor has not met its burden to prove the feasibility of the Plan under §1129(a)(11) and §1191(c)(3)(A) and (B). The Plan discriminates unfairly, and is not fair and equitable, with respect to the Class 3a claimants as required under §1191(b).

///

///

//

//

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

Respectfully submitted.

Dated: October 5, 2026

By: ______________________________
Karen L. Grant
Attorneys for Objecting Creditors Adam and Kym Barclay

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

**DECLARATION OF KAREN L. GRANT**

I, KAREN L. GRANT, state and declare as follows:

1. I am an attorney at law duly licensed to practice before the United States District Court for the Central District of California, and am the attorney of record for Creditors Adam and Kym Barclay in this Subchapter V Chapter 11 case.

2. I have personal knowledge of the matters set forth herein. If called as a witness in this action, I could and would testify competently to the matters contained herein from my personal knowledge or from information communicated to me in the ordinary course of business.

3. The Debtors' schedule A/B filed with petition showed $7.89 in cash assets and an "unknown" value for finished goods held for resale. The Debtor indicated it had 135 active unfulfilled orders totaling $1,973,267.26 in deposits. In addition, the schedule A/B listed a security deposit with its landlord Lab La Brea LLC totaling $85,442.65 and a 2023 Range Rover P530 valued at $88,000 which was subject to a loan with U.S. Bank totaling $86,957.83[3]. The monthly payments on the Range Rover total $2,400 per month. The Debtor also listed a 2025 Tesla that was leased in Schedule A/B, which the Debtor indicated would be surrendered and accounts receivable totaling $17,054.00.

4. The Debtor has filed Monthly Operating Reports ("MOR") in this case for the period of April, 2026 through August 2026. The Debtors Receipts and Disbursements vary widely from month to month

[3] Mr. Mossler is a co-debtor on the car loan with U.S. Bank and utilizes the vehicle as his personal car. The Debtor acknowledges in Exhibit A to the Plan of Reorganization filed July 22, 26 (Doc 50) that the estate has no equity in the Range Rover.

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

as set forth in the spreadsheet attached hereto as Exhibit "A". In July and August, not only were the Debtor's receipts substantially less than anticipated, the Debtors cash disbursements were substantially more than projected. The Debtor's Operating Report in August of 2026 showed a net loss of -$13,532.45. The Debtor receipts in June of 2026 were the highest to date for that period but the receipts have fallen each month since and the Debtor's expenses have increased.

5. On July 22, 2026, the Debtor filed its Plan of Reorganization (Doc 50) ("the Plan"). The Debtors 5-year projections attached as Exhibit-C to the Plan rely on the financial information from the Debtor's May and June Operating Reports only and omits the financial information from the April, July and August Monthly Operating Reports. A copy of the Debtor's July and August MORs are attached hereto as Exhibit "B".

6. The Plan proposes to pay two secured creditors Forward Financing (Class 2a) and U.S. Bank (Class 2b), as well as, priority tax claims in full.[4] On October 1, 2026, the California Dept of Tax and Fee Administration ("CDTFA") filed a proof of claim (Claim No. 21) in the amount of $294,326.86, which is $156,227.86 higher than the amount shown in Exhibit B-2 of the Plan.

7. The 5-year projections propose to pay Mossler, the Debtor's principal and equity holder, a salary of $180,000 per annum, subject to yearly increases and ending with an annual income in year five at $202,598. Class 4 provides for the treatment of

---

[4] While the Debtor listed Oakwood Capital ($44,483.00) and Shopify Capital ($150,934.09) as secured creditors in its amended schedules filed May 7, 2026 (Doc 24), no treatment is provided in the Plan for the secured claims although the Plan provides that their "under secured" portions of their claims are treated in Class 3(a).

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

Mossler and provides that he will retain his equity interest in the Debtor, which will include his interest in the 2023 Range Rover which will paid off through the Plan.

8. In its Exhibit B-3 to the Plan listing the General Unsecured Creditors, the Debtor lists six (6) unsecured deposit holder creditors whose claims total approximately $156,000 which the Debtor intends to fulfill by reserving a total of $300,000 in year one and two of its 5-year projections purportedly to fulfill the creditors backlogged orders of furniture. Not only is the amount reserved well in excess of the amount of the creditor's claims, it does not take into account Debtors cash on hand to fulfill such orders. Furthermore, the Plan does not require the reserved funds ($20,000 per month) be used to fulfill the orders and provides that to the extent that the six creditors orders are not fulfilled, they receive the same treatment as the Class 3a creditors.

I declare under penalty of perjury pursuant to the laws of the United States of America that the foregoing is true and correct. Executed this 5th day of October, 2026, at Santa Barbara, California.

Karen L. Grant

Law Offices of
KAREN L. GRANT
924 Anacapa St. Ste 1M
Santa Barbara, CA 93101

**EXHIBIT "A"**

Exhibit B to Declaration of Karen L. Grant

Forms LA - Monthly Operating Reports
May - Aug 2026

| | Docket # | Receipts | Disbursements | | | Net |
|---|---|---|---|---|---|---|
| May | 52 | 81,390.02 | 58442.1 | | | 22,925.57 |
| June | 53 | 225,880.14 | 130023.91 | | | 95,856.23 |
| July | 80 | 159,299.81 | 128375.74 | | | 30,924.07 |
| Aug | 81 | 147,764.30 | 161296.25 | | | -13,532.45 |
| Sub Total | | 614,334.27 | 478,138.00 | 0.00 | 0.00 | 136,173.42 |
| Divide by 4 | | 153583.57 | 119534.50 | 0.00 | 0.00 | 34043.36 |

**EXHIBIT "B"**

Case 2:26-bk-13976-DS Doc 80 Filed 09/11/26 Entered 09/11/26 16:47:47 Desc Main Document Page 1 of 16

**Fill in this information to identify the case:**

Debtor Name Form Los Angeles LLC

United States Bankruptcy Court for the: Central District of California

Case number 2:26-bk-13976-DS

☐ Check if this is an amended filing

Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: JULY 2026

Date report filed: 09/10/2026 MM / DD / YYYY

Line of business: ________

NAISC code: ________

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party: Jordan Mosslar

Original signature of responsible party: [signature]

Printed name of responsible party: Jordan Mosslar

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1 | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2 | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3 | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4 | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7 | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9 | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10 | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11 | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13 | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14 | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16 | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 118,789.16

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C*. Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C*.

Report the total from *Exhibit C* here. $ 159,299.81

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D*. List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D*.

Report the total from *Exhibit D* here. – $ 128,375.74

22. **Net cash flow** + $ 30,924.07

Subtract line 21 from line 20 and report the result here.
This amount may be different from what you may have calculated as *net profit*.

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 149,713.23

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E*. Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0

*(Exhibit E)*

Case 2:26-bk-13976-DS Doc 86 Filed 09/11/26 Entered 09/11/26 16:47:47 Desc
Main Document Page 3 of 16

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 175,836.25

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 2
27. What is the number of employees as of the date of this monthly report? 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0
30. How much have you paid this month in other professional fees? $ 0
31. How much have you paid in total other professional fees since filing the case? $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** Copy lines 35-37 from the previous month's report. | – | Column B **Actual** Copy lines 20-22 of this report. | = | *Column C* **Difference** Subtract Column B from Column A. |
|---|---|---|---|---|---|
| 32. **Cash receipts** | $ 200,000 | – | $ 159,299.81 | = | $ -40,700.19 |
| 33. **Cash disbursements** | $ 100,000 | – | $ 128,375.74 | = | $ 28,375.74 |
| 34. **Net cash flow** | $ 100,000 | – | $ 30,924.07 | = | $ -69,075.93 |

35. Total projected cash receipts for the next month: $ 450,000
36. Total projected cash disbursements for the next month: - $ 220,000
37. Total projected net cash flow for the next month: = $ 230,000

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

- ☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).
- ☑ 39. Bank reconciliation reports for each account.
- ☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.
- ☑ 41. Budget, projection, or forecast reports.
- ☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31

FORM LOS ANGELES L.L.C.
FORM(LA) DEBTOR-IN-POSSESSION CH. 11
CASE 2:26-BK-13976-DS (GENERAL)
835 N LA BREA AVE
LOS ANGELES CA 90038

Page 1
XXXXXX0160
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX0160 | Beginning balance | $92,533.85 |
| Low balance | $96,681.85 | Total additions | 159,299.81 |
| Average balance | $150,058.57 | Total subtractions | 122,323.12 |
| Avg collected balance | $150,058 | Ending balance | $129,510.54 |

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-01 | ' A2A Pmt Debit<br>TERMINAL 00000000 549767420837 PINTEREST INC<br>WILMINGTO DE XXXXXXXXXXXX8017 | 159.24 |
| 07-01 | ' ACH Debit<br>INTUIT 76120043 TRAN FEE 260701<br>524771346759331 | 132.76 |
| 07-02 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0702L1LFB49C000103BNF LAB LA BREA LL<br>C:REF | 23,494.04 |
| 07-02 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-02 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55310206 FEDEX OFFICE 5919<br>CVRK LOS ANGEL CA XXXXXXXXXXXX8017 | 678.08 |
| 07-02 | ' ACH Debit<br>INTUIT 77577703 TRAN FEE 260702<br>524771346759331 | 730.16 |
| 07-03 | ' ACH Debit<br>INTUIT 85369183 TRAN FEE 260703<br>524771346759331 | 480.56 |
| 07-03 | ' ACH Debit<br>PAYPAL PURCHASE 260703 | 1,219.85 |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
July 31, 2026


XXXXXX0160

| Date | Description | Subtractions |
|---|---|---|
| 07-07 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55500366 GOOGLE *WORKSPACE FORM 650-253-0 CA XXXXXXXXXXXX8017 | 88.36 |
| 07-07 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 55432866 GOOGLE *SVCSform-l osan MOUNTAIN CA XXXXXXXXXXXX8017 | 118.33 |
| 07-07 | ' ACH Debit<br>CALENDLY CALENDLY 260707 | 24.00 |
| 07-07 | ' ACH Debit<br>INTUIT 91346873 TRAN FEE 260707 524771346759331 | 365.43 |
| 07-07 | ' ACH Debit<br>GOOGLE PURCHASE 260707 | 557.11 |
| 07-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82305096 LUGG HOLD #LGFCRV SAN FRANC CA XXXXXXXXXXXX8017 | 209.70 |
| 07-08 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82305096 LUGG HOLD #Z27S96 SAN FRANC CA XXXXXXXXXXXX8017 | 257.82 |
| 07-09 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0709L1LFB49C000081BNF STAPHAUS MARKE TING, LLC;REF | 6,000.00 |
| 07-09 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-10 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 15270216 Pipedrive INC New York NY XXXXXXXXXXXX8017 | 158.00 |
| 07-10 | ' ACH Debit<br>PAYPAL PURCHASE 260710 | 69.99 |
| 07-13 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82711166 NEXT INSUR GEN L PALO ALTO CA XXXXXXXXXXXX8017 | 394.92 |
| 07-13 | ' ACH Debit<br>PAYPAL PURCHASE 260713 | 29.99 |
| 07-13 | ' ACH Debit<br>SPECTRUM SPECTRUM 260713 | 169.73 |
| 07-13 | ' ACH Debit<br>SHOPIFY INC. PURCHASE 260713 | 442.00 |
| 07-13 | ' ACH Debit<br>PAYPAL PURCHASE 260713 | 2,000.00 |
| 07-14 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0714L1LFB49C001094BNF MAYDA ALVAREZ; REF | 4,000.00 |
| 07-14 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-15 | ' ACH Debit<br>BOC BUS ONLINE SERV FEE 260715 | 70.00 |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
July 31, 2026


XXXXXX0160

| Date | Description | Subtractions |
|---|---|---|
| 07-15 | ' ACH Debit<br>FRONT STARTER-14 FRONT STAR 260715 | 128.48 |
| 07-15 | ' ACH Debit<br>ATHENS SERVICES PURCHASE 260715 | 993.83 |
| 07-15 | ' ACH Debit<br>U.S. BANK N.A. PAYMENT 260714 | 2,409.81 |
| 07-17 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0717L1LFB49C000078BNF MAYDA ALVAREZ;<br>REF | 400.00 |
| 07-17 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-17 | ' ACH Debit<br>DELUXE BUS SYS. EDI/ACH ISA00 00<br>170912159 27 1712223820 0 2607161801U | 116.32 |
| 07-17 | ' ACH Debit<br>INTUIT 24764383 TRAN FEE 260717<br>524771346759331 | 118.40 |
| 07-17 | ' ACH Debit<br>PAYPAL PURCHASE 260717 | 1,354.32 |
| 07-17 | ' ACH Debit<br>PAYPAL PURCHASE 260717 | 4,357.51 |
| 07-20 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0720L1LFB49C000091BNF GALLAGHER TRAN<br>SPORT INTERNATIONAL ;REF | 2,339.01 |
| 07-20 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-20 | ' ACH Debit<br>PAYPAL PURCHASE 260720 | 14.99 |
| 07-22 | ' ACH Debit<br>INTUIT 34822473 TRAN FEE 260722<br>524771346759331 | 65.25 |
| 07-22 | ' ACH Debit<br>PAYPAL PURCHASE 260722 | 2,000.00 |
| 07-23 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82711166 NETLIFY<br>SAN FRANC CA XXXXXXXXXXXX8017 | 20.00 |
| 07-23 | ' ACH Debit<br>PAYPAL PURCHASE 260723 | 15.00 |
| 07-23 | ' ACH Debit<br>PAYPAL PURCHASE 260723 | 15.00 |
| 07-23 | ' ACH Debit<br>PRIME NOW LLC INTERNET 260723 | 121.11 |
| 07-23 | ' ACH Debit<br>Autodesk PURCHASE<br>TRN*1*DX59FSJQV54GS2X3**4VXMT26BQTD5XQAJRMR*IK*Autode | 380.00 |
| 07-23 | ' ACH Debit<br>INTUIT 39888133 TRAN FEE 260723<br>524771346759331 | 384.24 |

Case 2:26-bk-13976-DS Doc 86 Filed 09/11/26 Entered 09/11/26 16:47:47 Desc Main Document Page 23 of 49

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
July 31, 2026


XXXXXX0160

| Date | Description | Subtractions |
|---|---|---|
| 07-23 | ' ACH Debit<br>SHOPIFY INC. PURCHASE 260723<br>1051841173053 | 635.68 |
| 07-24 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0724L1LFB49C000075BNF MAYDA ALVAREZ;<br>REF | 400.00 |
| 07-24 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-27 | ' ACH Debit<br>PAYPAL PURCHASE 260727 | 50.00 |
| 07-27 | ' ACH Debit<br>INTUIT 49223193 TRAN FEE 260727<br>524771346759331 | 154.28 |
| 07-28 | ' Outgoing Wre-Beb Int<br>OUTGOING WIRE 0728L1LFB49C001304BNF PRIME STONE CO<br>NSTRUCT LIMITED;REF | 19,083.00 |
| 07-28 | ' Service Fee<br>D1B INT'L WIRE FEE | 20.00 |
| 07-28 | ' ACH Debit<br>INTUIT 52753483 TRAN FEE 260728<br>524771346759331 | 304.49 |
| 07-28 | ' ACH Debit<br>U.S. BANK N.A. PAYMENT 260727 | 2,409.81 |
| 07-29 | ' Outgoing Wre-Beb Int<br>OUTGOING WIRE 0729L1LFB49C000250BNF PRIME STONE CO<br>NSTRUCT LIMITED;REF | 38,885.00 |
| 07-29 | ' Service Fee<br>D1B INT'L WIRE FEE | 20.00 |
| 07-29 | ' ACH Debit<br>INTUIT 56524093 TRAN FEE 260729<br>524771346759331 | 462.52 |
| 07-29 | ' ACH Debit<br>LADWP WEB PAY 260729<br>5178497903 | 1,800.00 |
| 07-30 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82711166 NOTION LABS, INC.<br>SAN FRANC CA XXXXXXXXXXXX8017 | 24.00 |
| 07-31 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0731L1LFB49C000160BNF MAYDA ALVAREZ;<br>REF | 400.00 |
| 07-31 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-31 | ' ACH Debit<br>GOOGLE PURCHASE 260731 | 500.00 |

Case 2:26-bk-13976-DS Doc 86 Filed 09/11/26 Entered 09/11/26 16:47:47 Desc
Main Document Page 24 of 49

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
July 31, 2026



CREDITS

| Date | Description | Additions |
|---|---|---|
| 07-01 | ' ACH Credit<br>INTUIT 74372543 DEPOSIT 260701<br>524771346759331 | 4,440.00 |
| 07-02 | ' ACH Credit<br>INTUIT 75861703 DEPOSIT 260702<br>524771346759331 | 24,420.00 |
| 07-02 | ' ACH Credit<br>One Workplace ONEWKPLACE 260702<br>111260 | 24,540.00 |
| 07-03 | ' ACH Credit<br>INTUIT 82762683 DEPOSIT 260703<br>524771346759331 | 16,072.31 |
| 07-06 | ' POS Refund<br>MERCHANT REFUND TERMINAL 82305096 USHIP.COM* ID58569<br>613 AUSTIN TX XXXXXXXXXXXX8017 | 613.33 |
| 07-06 | ' ACH Credit<br>The Expert, Inc Receivable 996LENRNS13ADEQ Th<br>e Expert, Inc Bill.com Inv 3696 | 6,300.00 |
| 07-07 | ' ACH Credit<br>INTUIT 88772373 DEPOSIT 260707<br>524771346759331 | 12,221.72 |
| 07-07 | ' ACH Credit<br>'Deel In3AD6ISCA PAYMENTS NTE*ZZZ*Deel Balan<br>ce Withdrawal\ | 18,092.30 |
| 07-17 | ' ACH Credit<br>INTUIT 22853383 DEPOSIT 260717<br>524771346759331 | 3,960.00 |
| 07-22 | ' ACH Credit<br>INTUIT 33153973 DEPOSIT 260722<br>524771346759331 | 6,525.00 |
| 07-23 | ' ACH Credit<br>INTUIT 38317133 DEPOSIT 260723<br>524771346759331 | 9,066.40 |
| 07-27 | ' ACH Credit<br>INTUIT 47883693 DEPOSIT 260727<br>524771346759331 | 5,160.00 |
| 07-28 | ' ACH Credit<br>INTUIT 51510983 DEPOSIT 260728<br>524771346759331 | 12,420.00 |
| 07-29 | ' ACH Credit<br>INTUIT 55397593 DEPOSIT 260729<br>524771346759331 | 15,468.75 |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
July 31, 2026


XXXXXX0160

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 92,533.85 | 07-10 | 164,464.08 | 07-24 | 160,587.89 |
| 07-01 | 96,681.85 | 07-13 | 161,427.44 | 07-27 | 165,543.61 |
| 07-02 | 120,726.57 | 07-14 | 157,414.44 | 07-28 | 156,146.31 |
| 07-03 | 135,098.47 | 07-15 | 153,812.32 | 07-29 | 130,447.54 |
| 07-06 | 142,011.80 | 07-17 | 151,412.77 | 07-30 | 130,423.54 |
| 07-07 | 171,172.59 | 07-20 | 149,045.77 | 07-31 | 129,510.54 |
| 07-08 | 170,705.07 | 07-22 | 153,505.52 | | |
| 07-09 | 164,692.07 | 07-23 | 161,000.89 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Banc Of California*

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31

FORM LOS ANGELES L.L.C.
FORM(LA) DEBTOR-IN-POSSESSION CH. 11
CASE 2:26-BK-13976-DS (TAX)
835 N LA BREA AVE
LOS ANGELES CA 90038

Page 1
XXXXXX1446
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX1446 | Beginning balance | $3,207.71 |
| Low balance | $3,207.71 | Total additions | 2,306.72 |
| Average balance | $3,951.81 | Total subtractions | .00 |
| Avg collected balance | $3,951 | Ending balance | $5,514.43 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 07-16 | ' Cash Mgmt Trsfr Cr<br>REF 1971842L FUNDS TRANSFER FRMDEP XXXXXX5786<br>FROM DEAN'S WITHHOLDING | 1,153.36 |
| 07-28 | ' Cash Mgmt Trsfr Cr<br>REF 2091922L FUNDS TRANSFER FRMDEP XXXXXX5786<br>FROM DENAH WITHOLDING JULY 1631 | 1,153.36 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 3,207.71 | 07-16 | 4,361.07 | 07-28 | 5,514.43 |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Banc Of California*

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

Last statement: June 30, 2026
This statement: July 31, 2026
Total days in statement period: 31

FORM LOS ANGELES L.L.C. FORM(LA)
DEBTOR-IN-POSSESSION CH. 11
CASE 2:26-BK-13976-DS (PAYROLL)
835 N LA BREA AVE
LOS ANGELES CA 90038

Page 1
XXXXXX5786
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX5786 | Beginning balance | $23,047.60 |
| Low balance | $14,688.26 | Total additions | .00 |
| Average balance | $20,546.28 | Total subtractions | 8,359.34 |
| Avg collected balance | $20,546 | Ending balance | $14,688.26 |

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 07-16 | ' Cash Mgmt Trsfr Dr<br>REF 1971842L FUNDS TRANSFER TO DEP XXXXXX1446<br>FROM DEAN'S WITHHOLDING | 1,153.36 |
| 07-17 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0717L1LFB49C000210BNF DENAH ROOKS;RE<br>F | 3,013.31 |
| 07-17 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 07-28 | ' Cash Mgmt Trsfr Dr<br>REF 2091922L FUNDS TRANSFER TO DEP XXXXXX1446<br>FROM DENAH WITHOLDING JULY 1631 | 1,153.36 |
| 07-29 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0729L1LFB49C000152BNF DENAH ROOKS;RE<br>F | 3,013.31 |
| 07-29 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 06-30 | 23,047.60 | 07-17 | 18,867.93 | 07-29 | 14,688.26 |
| 07-16 | 21,894.24 | 07-28 | 17,714.57 | | |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C. FORM(LA)
July 31, 2026


XXXXXX5786

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Banc Of California*

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC

Case 2:26-bk-13976-DS Doc 81 Filed 09/11/26 Entered 09/11/26 16:49:23 Desc Main Document Page 1 of 17

**Fill in this information to identify the case:**

Debtor Name Form Los Angeles LLC

United States Bankruptcy Court for the Central District of California

Case number 2:26-bk-13976-DS

☐ Check if this is an amended filing

# Official Form 425C

## Monthly Operating Report for Small Business Under Chapter 11

12/17

Month: AUGUST 2026 Date report filed 09/10/2026 MM / DD / YYYY

Line of business: ______ NAISC code: ______

**In accordance with title 28, section 1746, of the United States Code, I declare under penalty of perjury that I have examined the following small business monthly operating report and the accompanying attachments and, to the best of my knowledge, these documents are true, correct, and complete.**

Responsible party Jordan Mosslar

Original signature of responsible party [signature]

Printed name of responsible party Jordan Mosslar

### 1. Questionnaire

Answer all questions on behalf of the debtor for the period covered by this report, unless otherwise indicated.

| | | Yes | No | N/A |
|---|---|---|---|---|
| | **If you answer *No* to any of the questions in lines 1-9, attach an explanation and label it *Exhibit A*.** | | | |
| 1 | Did the business operate during the entire reporting period? | ☑ | ☐ | ☐ |
| 2 | Do you plan to continue to operate the business next month? | ☑ | ☐ | ☐ |
| 3 | Have you paid all of your bills on time? | ☑ | ☐ | ☐ |
| 4 | Did you pay your employees on time? | ☑ | ☐ | ☐ |
| 5 | Have you deposited all the receipts for your business into debtor in possession (DIP) accounts? | ☑ | ☐ | ☐ |
| 6 | Have you timely filed your tax returns and paid all of your taxes? | ☐ | ☑ | ☐ |
| 7 | Have you timely filed all other required government filings? | ☐ | ☑ | ☐ |
| 8 | Are you current on your quarterly fee payments to the U.S. Trustee or Bankruptcy Administrator? | ☑ | ☐ | ☐ |
| 9 | Have you timely paid all of your insurance premiums? | ☑ | ☐ | ☐ |
| | **If you answer *Yes* to any of the questions in lines 10-18, attach an explanation and label it *Exhibit B*.** | | | |
| 10 | Do you have any bank accounts open other than the DIP accounts? | ☐ | ☑ | ☐ |
| 11 | Have you sold any assets other than inventory? | ☐ | ☑ | ☐ |
| 12 | Have you sold or transferred any assets or provided services to anyone related to the DIP in any way? | ☐ | ☑ | ☐ |
| 13 | Did any insurance company cancel your policy? | ☐ | ☑ | ☐ |
| 14 | Did you have any unusual or significant unanticipated expenses? | ☐ | ☑ | ☐ |
| 15 | Have you borrowed money from anyone or has anyone made any payments on your behalf? | ☐ | ☑ | ☐ |
| 16 | Has anyone made an investment in your business? | ☐ | ☑ | ☐ |

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

| | | | |
|---|---|---|---|
| 17. Have you paid any bills you owed before you filed bankruptcy? | ☐ | ☑ | ☐ |
| 18. Have you allowed any checks to clear the bank that were issued before you filed bankruptcy? | ☐ | ☑ | ☐ |

## 2. Summary of Cash Activity for All Accounts

19. **Total opening balance of all accounts** $ 149,713.23

This amount must equal what you reported as the cash on hand at the end of the month in the previous month. If this is your first report, report the total cash on hand as of the date of the filing of this case.

20. **Total cash receipts**

Attach a listing of all cash received for the month and label it *Exhibit C.* Include all cash received even if you have not deposited it at the bank, collections on receivables, credit card deposits, cash received from other parties, or loans, gifts, or payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit C.*

Report the total from *Exhibit C* here. $ 147,764.30

21. **Total cash disbursements**

Attach a listing of all payments you made in the month and label it *Exhibit D.* List the date paid, payee, purpose, and amount. Include all cash payments, debit card transactions, checks issued even if they have not cleared the bank, outstanding checks issued before the bankruptcy was filed that were allowed to clear this month, and payments made by other parties on your behalf. Do not attach bank statements in lieu of *Exhibit D.*

Report the total from *Exhibit D* here. – $ 161,296.75

22. **Net cash flow**

Subtract line 21 from line 20 and report the result here. + $ -13,532.45
This amount may be different from what you may have calculated as *net profit.*

23. **Cash on hand at the end of the month**

Add line 22 + line 19. Report the result here.

Report this figure as the *cash on hand at the beginning of the month* on your next operating report. = $ 136,180.78

This amount may not match your bank account balance because you may have outstanding checks that have not cleared the bank or deposits in transit.

## 3. Unpaid Bills

Attach a list of all debts (including taxes) which you have incurred since the date you filed bankruptcy but have not paid. Label it *Exhibit E.* Include the date the debt was incurred, who is owed the money, the purpose of the debt, and when the debt is due. Report the total from *Exhibit E* here.

24. **Total payables** $ 0

*(Exhibit E)*

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

## 4. Money Owed to You

Attach a list of all amounts owed to you by your customers for work you have done or merchandise you have sold. Include amounts owed to you both before, and after you filed bankruptcy. Label it *Exhibit F*. Identify who owes you money, how much is owed, and when payment is due. Report the total from *Exhibit F* here.

25. **Total receivables** $ 111,906.25

*(Exhibit F)*

## 5. Employees

26. What was the number of employees when the case was filed? 2
27. What is the number of employees as of the date of this monthly report? 2

## 6. Professional Fees

28. How much have you paid this month in professional fees related to this bankruptcy case? $ 0
29. How much have you paid in professional fees related to this bankruptcy case since the case was filed? $ 0
30. How much have you paid this month in other professional fees? $ 0
31. How much have you paid in total other professional fees since filing the case? $ 0

## 7. Projections

Compare your actual cash receipts and disbursements to what you projected in the previous month. Projected figures in the first month should match those provided at the initial debtor interview, if any.

| | *Column A* **Projected** | – | Column B **Actual** | = | *Column C* **Difference** |
|---|---|---|---|---|---|
| | Copy lines 35-37 from the previous month's report. | | Copy lines 20-22 of this report. | | Subtract Column B from Column A. |
| 32. **Cash receipts** | $ 200,000 | – | $ 147,764.30 | = | $ -52,235.70 |
| 33. **Cash disbursements** | $ 100,000 | – | $ 161,296.75 | = | $ 61,296.75 |
| 34. **Net cash flow** | $ 100,000 | – | $ -13,532.45 | = | $ -113,532.45 |

35. Total projected cash receipts for the next month: $ 650,000
36. Total projected cash disbursements for the next month: - $ 320,000
37. Total projected net cash flow for the next month: = $ 330,000

Debtor Name Form Los Angeles LLC Case number 2:26-bk-13976-DS

## 8. Additional Information

If available, check the box to the left and attach copies of the following documents.

☑ 38. Bank statements for each open account (redact all but the last 4 digits of account numbers).

☑ 39. Bank reconciliation reports for each account.

☑ 40. Financial reports such as an income statement (profit & loss) and/or balance sheet.

☑ 41. Budget, projection, or forecast reports.

☐ 42. Project, job costing, or work-in-progress reports.



Print Save As... Reset

Case 2:26-bk-13976-DS Doc 81 Filed 09/11/26 Entered 09/11/26 16:49:23 Desc
Main Document Page 5 of 17

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31

FORM LOS ANGELES L.L.C.
FORM(LA) DEBTOR-IN-POSSESSION CH. 11
CASE 2:26-BK-13976-DS (GENERAL)
835 N LA BREA AVE
LOS ANGELES CA 90038

Page 1
XXXXXX0160
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX0160 | Beginning balance | $129,510.54 |
| Low balance | $108,438.65 | Total additions | 147,764.30 |
| Average balance | $131,552.09 | Total subtractions | 157,731.13 |
| Avg collected balance | $131,552 | Ending balance | $119,543.71 |

DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 08-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 15270216 Google Workspace_f orm- Mountain CA XXXXXXXXXXXX8017 | 102.49 |
| 08-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 02682636 GOOGLE*SVCSFORM-LO SANG WILMINGTO DE XXXXXXXXXXXX8017 | 114.90 |
| 08-03 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 12302026 Pinterest Ads 415762710 CA XXXXXXXXXXXX8017 | 489.92 |
| 08-03 | ' ACH Debit<br>INTUIT 65712623 TRAN FEE 260803 524771346759331 | 57.00 |
| 08-03 | ' ACH Debit<br>PAYPAL PURCHASE 260803 | 99.40 |
| 08-03 | ' ACH Debit<br>INTUIT 66862593 TRAN FEE 260803 524771346759331 | 628.37 |
| 08-03 | ' ACH Debit<br>PAYPAL PURCHASE 260803 | 2,000.00 |
| 08-04 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0804L1LFB49C001043BNF LAB LA BREA LL C;REF | 23,494.04 |

Case 2:26-bk-13976-DS Doc 81 Filed 09/11/26 Entered 09/11/26 16:49:23 Desc Main Document Page 37 of 49

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
August 31, 2026

Page 2
XXXXXX0160

| Date | Description | Subtractions |
|---|---|---|
| 08-04 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-04 | ' ACH Debit<br>PAYPAL PURCHASE 260804 | 39.99 |
| 08-05 | ' ACH Debit<br>INTUIT 77982493 TRAN FEE 260805<br>524771346759331 | 49.45 |
| 08-05 | ' ACH Debit<br>GOOGLE PURCHASE 260805 | 92.72 |
| 08-05 | ' ACH Debit<br>PAYPAL PURCHASE 260805 | 2,206.05 |
| 08-06 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82305096 USHIP.COM<br>AUSTIN TX XXXXXXXXXXXX8017 | 544.64 |
| 08-06 | ' ACH Debit<br>INTUIT 81953343 TRAN FEE 260806<br>524771346759331 | 252.28 |
| 08-06 | ' Cash Mgmt Trsfr Dr<br>REF 2182039L FUNDS TRANSFER TO DEP XXXXXX5786<br>FROM | 22,500.00 |
| 08-07 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0807L1LFB49C000081BNF MAYDA ALVAREZ;<br>REF | 400.00 |
| 08-07 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-07 | ' ACH Debit<br>CALENDLY CALENDLY 260807 | 24.00 |
| 08-07 | ' ACH Debit<br>INTUIT 85722913 TRAN FEE 260807<br>524771346759331 | 59.95 |
| 08-07 | ' ACH Debit<br>US CBP RD IND PAYMENT 260807<br>0000 | 500.00 |
| 08-10 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0810L1LFB49C000048BNF STAPHAUS MARKE<br>TING, LLC;REF | 6,000.00 |
| 08-10 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-10 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 15270216 Pipedrive INC<br>New York NY XXXXXXXXXXXX8017 | 158.00 |
| 08-10 | ' ACH Debit<br>PAYPAL PURCHASE 260810 | 29.99 |
| 08-10 | ' ACH Debit<br>PAYPAL PURCHASE 260810 | 69.99 |
| 08-10 | ' ACH Debit<br>INTUIT 87992263 TRAN FEE 260810<br>524771346759331 | 70.43 |

Case 2:26-bk-13976-DS Doc 81 Filed 09/11/26 Entered 09/11/26 16:49:23 Desc
Main Document Page 7 of 17

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
August 31, 2026


XXXXXX0160

| Date | Description | Subtractions |
|---|---|---|
| 08-11 | ' ACH Debit<br>INTUIT 96083233 TRAN FEE 260811<br>524771346759331 | 53.20 |
| 08-11 | ' ACH Debit<br>SPECTRUM SPECTRUM 260811 | 201.99 |
| 08-11 | ' ACH Debit<br>SHOPIFY INC. PURCHASE 260811<br>1052267841488 | 442.00 |
| 08-11 | ' ACH Debit<br>INTUIT 94803733 DEPOSIT 260811<br>524771346759331 | 1,520.00 |
| 08-12 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 15410196 FEDEX875181798884<br>MEMPHIS TN XXXXXXXXXXXX8017 | 736.14 |
| 08-12 | ' ACH Debit<br>INTUIT 99428943 TRAN FEE 260812<br>524771346759331 | 125.58 |
| 08-12 | ' ACH Debit<br>PAYPAL PURCHASE 260812 | 144.19 |
| 08-12 | ' ACH Debit<br>PAYPAL PURCHASE 260812 | 2,000.00 |
| 08-13 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82711166 NEXT INSUR GEN L<br>PALO ALTO CA XXXXXXXXXXXX8017 | 394.92 |
| 08-13 | ' ACH Debit<br>INTUIT 01036183 TRAN FEE 260813<br>524771346759331 | 545.91 |
| 08-14 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0814L1LFB49C000107BNF MAYDA ALVAREZ;<br>REF | 400.00 |
| 08-14 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-17 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82305096 CHAOS SOFTWARE, IN<br>C. NEW YORK NY XXXXXXXXXXXX8017 | 348.00 |
| 08-17 | ' ACH Debit<br>BOC BUS ONLINE SERV FEE 260817 | 70.00 |
| 08-17 | ' ACH Debit<br>FRONT STARTER-14 FRONT STAR 260817 | 105.00 |
| 08-17 | ' ACH Debit<br>INTUIT 06419273 TRAN FEE 260817<br>524771346759331 | 500.54 |
| 08-18 | ' Outgoing Wre-Beb Int<br>OUTGOING WIRE 0818L1LFB49C001003BNF PRIME STONE CO<br>NSTRUCT LIMITED;REF | 1,835.00 |
| 08-18 | ' Service Fee<br>D1B INT'L WIRE FEE | 20.00 |

Case 2:26-bk-13976-DS Doc 81 Filed 09/11/26 Entered 09/11/26 16:49:23 Desc Main Document Page 8 of 17

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
August 31, 2026


XXXXXX0160

| Date | Description | Subtractions |
|---|---|---|
| 08-18 | ' Outgoing Wre-Beb Int<br>OUTGOING WIRE 0818L1LFB49C000058BNF PRIME STONE CO<br>NSTRUCT LIMITED;REF | 20,498.60 |
| 08-18 | ' Service Fee<br>D1B INT'L WIRE FEE | 20.00 |
| 08-18 | ' Outgoing Wre-Beb Int<br>OUTGOING WIRE 0818L1LFB49C000074BNF PRIME STONE CO<br>NSTRUCT LIMITED;REF | 20,974.00 |
| 08-18 | ' Service Fee<br>D1B INT'L WIRE FEE | 20.00 |
| 08-18 | ' ACH Debit<br>INTUIT 15080723 TRAN FEE 260818<br>524771346759331 | 267.18 |
| 08-19 | ' Service Fee<br>INCOMING WIRE FEE | 12.00 |
| 08-20 | ' ACH Debit<br>PAYPAL PURCHASE 260820 | 14.99 |
| 08-20 | ' ACH Debit<br>INTUIT 19138873 TRAN FEE 260820<br>524771346759331 | 204.52 |
| 08-21 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0821L1LFB49C000156BNF MAYDA ALVAREZ;<br>REF | 400.00 |
| 08-21 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-21 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 57540246 D37563520<br>180072200 FL XXXXXXXXXXXX8017 | 50.28 |
| 08-24 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 85678266 NETLIFY<br>SAN FRANC CA XXXXXXXXXXXX8017 | 20.00 |
| 08-24 | ' ACH Debit<br>INTUIT 28901863 TRAN FEE 260824<br>524771346759331 | 213.49 |
| 08-24 | ' ACH Debit<br>Autodesk PURCHASE<br>TRN*1*CX6635K73F58HD24**4VXM7G6C34BTTUSTRMR*IK*Autodo | 380.00 |
| 08-24 | ' ACH Debit<br>SHOPIFY INC. PURCHASE 260824<br>1052508935759 | 1,224.53 |
| 08-24 | ' ACH Debit<br>PAYPAL PURCHASE 260824 | 2,000.00 |
| 08-24 | ' ACH Debit<br>PAYPAL PURCHASE 260824 | 2,180.82 |
| 08-25 | ' ACH Debit<br>INTUIT 33033303 TRAN FEE 260825<br>524771346759331 | 394.39 |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
August 31, 2026


XXXXXX0160

| Date | Description | Subtractions |
|---|---|---|
| 08-26 | ' ACH Debit<br>INTUIT 37551993 TRAN FEE 260826<br>524771346759331 | 106.15 |
| 08-27 | ' ACH Debit<br>PAYPAL PURCHASE 260827 | 50.00 |
| 08-27 | ' ACH Debit<br>INTUIT 39422143 TRAN FEE 260827<br>524771346759331 | 176.32 |
| 08-28 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0828L1LFB49C000241BNF MAYDA ALVAREZ;<br>REF | 400.00 |
| 08-28 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-31 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0831L1LFB49C000080BNF LAB LA BREA LL<br>C;REF | 23,494.04 |
| 08-31 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-31 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 82711166 NOTION BBHINXM0-00<br>03 SAN FRANC CA XXXXXXXXXXXX8017 | 24.00 |
| 08-31 | ' POS Purchase<br>MERCHANT PURCHASE TERMINAL 87021306 JLR BEVERLY HILLS<br>CHARLOTTE NC XXXXXXXXXXXX8017 | 2,750.00 |
| 08-31 | ' ACH Debit<br>INTUIT 47489433 TRAN FEE 260831<br>524771346759331 | 62.72 |
| 08-31 | ' ACH Debit<br>PAYPAL PURCHASE 260831 | 183.10 |
| 08-31 | ' ACH Debit<br>GOOGLE PURCHASE 260831 | 500.00 |
| 08-31 | ' ACH Debit<br>PAYPAL PURCHASE 260831 | 1,592.92 |
| 08-31 | ' Cash Mgmt Trsfr Dr<br>REF 2431510L FUNDS TRANSFER TO DEP XXXXXX5786<br>FROM | 10,000.00 |

CREDITS

| Date | Description | Additions |
|---|---|---|
| 08-03 | ' ACH Credit<br>INTUIT 64811123 DEPOSIT 260803<br>524771346759331 | 5,700.00 |
| 08-03 | ' ACH Credit<br>INTUIT 66018093 DEPOSIT 260803<br>524771346759331 | 21,015.75 |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
August 31, 2026


XXXXXX0160

| Date | Description | Additions |
|---|---|---|
| 08-05 | ' ACH Credit<br>INTUIT 76363493 DEPOSIT 260805<br>524771346759331 | 1,653.90 |
| 08-06 | ' ACH Credit<br>INTUIT 80413343 DEPOSIT 260806<br>524771346759331 | 8,437.50 |
| 08-07 | ' ACH Credit<br>INTUIT 84242913 DEPOSIT 260807<br>524771346759331 | 2,005.00 |
| 08-10 | ' ACH Credit<br>INTUIT 86524263 DEPOSIT 260810<br>524771346759331 | 2,355.76 |
| 08-12 | ' POS Refund<br>MERCHANT REFUND TERMINAL 82305096 USHIP.COM<br>AUSTIN TX XXXXXXXXXXXX8017 | 544.64 |
| 08-12 | ' ACH Credit<br>INTUIT 98223943 DEPOSIT 260812<br>524771346759331 | 4,200.00 |
| 08-13 | ' ACH Credit<br>INTUIT 99851183 DEPOSIT 260813<br>524771346759331 | 18,257.50 |
| 08-17 | ' ACH Credit<br>INTUIT 05340773 DEPOSIT 260817<br>524771346759331 | 25,485.75 |
| 08-18 | ' ACH Credit<br>INTUIT 14190223 DEPOSIT 260818<br>524771346759331 | 5,974.00 |
| 08-18 | ' Mobile Deposit | 9,180.00 |
| 08-19 | ' Incoming Wire<br>INCOMING WIRE 0819MFP00225001375ORG BENHAR OFFICE<br>INTERIORS LLC;REF | 4,240.00 |
| 08-20 | ' ACH Credit<br>INTUIT 18358873 DEPOSIT 260820<br>524771346759331 | 6,840.00 |
| 08-24 | ' ACH Credit<br>INTUIT 28307863 DEPOSIT 260824<br>524771346759331 | 7,140.00 |
| 08-25 | ' ACH Credit<br>INTUIT 32515303 DEPOSIT 260825<br>524771346759331 | 13,190.00 |
| 08-26 | ' ACH Credit<br>INTUIT 37146493 DEPOSIT 260826<br>524771346759331 | 3,550.00 |
| 08-27 | ' ACH Credit<br>INTUIT 39058143 DEPOSIT 260827<br>524771346759331 | 5,897.00 |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C.
August 31, 2026


XXXXXX0160

| Date | Description | Additions |
|---|---|---|
| 08-31 | ' ACH Credit<br>INTUIT 47261433 DEPOSIT 260831<br>524771346759331 | 2,097.50 |

DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 129,510.54 | 08-12 | 110,177.38 | 08-24 | 134,568.85 |
| 08-03 | 152,734.21 | 08-13 | 127,494.05 | 08-25 | 147,364.46 |
| 08-04 | 129,187.18 | 08-14 | 127,081.05 | 08-26 | 150,808.31 |
| 08-05 | 128,492.86 | 08-17 | 151,543.26 | 08-27 | 156,478.99 |
| 08-06 | 113,633.44 | 08-18 | 123,062.48 | 08-28 | 156,065.99 |
| 08-07 | 114,641.49 | 08-19 | 127,290.48 | 08-31 | 119,543.71 |
| 08-10 | 110,655.84 | 08-20 | 133,910.97 | | |
| 08-11 | 108,438.65 | 08-21 | 133,447.69 | | |

OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Banc Of California*

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC

Case 2:26-bk-13976-DS Doc 81 Filed 09/11/26 Entered 09/11/26 16:49:23 Desc
Main Document Page 13 of 17

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

FORM LOS ANGELES L.L.C. FORM(LA)
DEBTOR-IN-POSSESSION CH. 11
CASE 2:26-BK-13976-DS (PAYROLL)
835 N LA BREA AVE
LOS ANGELES CA 90038

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31

Page 1
XXXXXX5786
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX5786 | Beginning balance | $14,688.26 |
| Low balance | $2,995.59 | Total additions | 32,500.00 |
| Average balance | $7,655.36 | Total subtractions | 37,218.98 |
| Avg collected balance | $7,655 | Ending balance | $9,969.28 |

### DEBITS

| Date | Description | Subtractions |
|---|---|---|
| 08-07 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0807L1LFB49C000158BNF JORDAN MOSSLAR ;REF | 30,000.00 |
| 08-07 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-17 | ' Cash Mgmt Trsfr Dr<br>REF 2292014L FUNDS TRANSFER TO DEP XXXXXX1446 FROM DENAH TAX WITHOLDING AUG 1 15 | 1,153.36 |
| 08-18 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0818L1LFB49C000110BNF DENAH ROOKS,RE F | 3,013.31 |
| 08-18 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |
| 08-31 | ' Outgoing Wre-Dom Beb<br>OUTGOING WIRE 0831L1LFB49C001510BNF DENAH ROOKS;RE F | 3,013.31 |
| 08-31 | ' Service Fee<br>OUTGOING WIRE-D1B | 13.00 |

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207

FORM LOS ANGELES L.L.C. FORM(LA)
August 31, 2026


XXXXXX5786

## CREDITS

| Date | Description | Additions |
|---|---|---|
| 08-06 | ' Cash Mgmt Trsfr Cr<br>REF 2182039L FUNDS TRANSFER FRMDEP XXXXXX0160<br>FROM | 22,500.00 |
| 08-31 | ' Cash Mgmt Trsfr Cr<br>REF 2431510L FUNDS TRANSFER FRMDEP XXXXXX0160<br>FROM | 10,000.00 |

## DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 14,688.26 | 08-07 | 7,175.26 | 08-18 | 2,995.59 |
| 08-06 | 37,188.26 | 08-17 | 6,021.90 | 08-31 | 9,969.28 |

## OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Banc Of California*

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC

BANC OF CALIFORNIA

P.O. Box 131207
Carlsbad, CA 92013-1207
Return Service Requested

Last statement: July 31, 2026
This statement: August 31, 2026
Total days in statement period: 31

FORM LOS ANGELES L.L.C.
FORM(LA) DEBTOR-IN-POSSESSION CH. 11
CASE 2:26-BK-13976-DS (TAX)
835 N LA BREA AVE
LOS ANGELES CA 90038

Page 1
XXXXXX1446
( 0)

Direct inquiries to:
877-770-2262

Banc Of California
3 MacArthur Place
Santa Ana, CA 92707

## Small Business Checking

| | | | |
|---|---|---|---|
| Account number | XXXXXX1446 | Beginning balance | $5,514.43 |
| Low balance | $5,514.43 | Total additions | 1,153.36 |
| Average balance | $6,072.51 | Total subtractions | .00 |
| Avg collected balance | $6,072 | Ending balance | $6,667.79 |

### CREDITS

| Date | Description | Additions |
|---|---|---|
| 08-17 | ' Cash Mgmt Trsfr Cr<br>REF 2292014L FUNDS TRANSFER FRMDEP XXXXXX5786<br>FROM DENAH TAX WITHOLDING AUG 1 15 | 1,153.36 |

### DAILY BALANCES

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 07-31 | 5,514.43 | 08-17 | 6,667.79 | | |

### OVERDRAFT/RETURN ITEM FEES

| | Total for this period | Total year-to-date |
|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 |

*Thank you for banking with Banc Of California*

## IMPORTANT DISCLOSURES TO OUR CONSUMER CUSTOMERS

In Case of Errors or Questions About Your Electronic Transfers: Call us at 877-770-BANC (2262) or write to us at Banc of California, 3 MacArthur Place, Santa Ana, CA 92707 as soon as you can, if you think your statement or receipt is wrong or if you need more information about a transfer on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the error or problem appeared.

1. Tell us your name and account number (if any).
2. Describe the error or the transfer you are unsure about and explain as clearly as you can why you believe it is an error or why you need more information.
3. Tell us the dollar amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days to do this, we will credit your account for the amount you think is in error, so that you will have use of the money during the time it takes us to complete our investigation.

---

## IMPORTANT DISCLOSURES TO OUR BUSINESS AND NON-PERSONAL ACCOUNTS

The above provisions do not apply to business or other non-personal accounts. You must send us a written notice of the problem within a reasonable time, not to exceed 14 days from the date of discovery or your receipt of the first statement or notice reflecting the problem, whichever occurs first.

---

## CONSUMER CREDIT REPORTING

We may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report.

---

## DORMANT ACCOUNTS

Checking and Savings accounts that have had no activity for twenty-four (24) months, unless the depositor has been contacted, will be classified as Dormant Accounts. By law these accounts will be transferred to the appropriate state within the timeframe specified by applicable law. You may reclaim any funds we have remitted by contacting the appropriate state. Please refer to your Deposit Account Agreement for additional information.

---

For purposes of these disclosures, our business days are Monday through Friday, excluding holidays.



Member FDIC

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
924 Anacapa Street, Suite 1M, Santa Barbara, CA 93101

A true and correct copy of the foregoing document described as **OBJECTION TO DEBTOR'S MOTION TO CONFIRM DEBTOR'S SUBCHAPTER V CHAPTER 11 PLAN OF REORGANIZATION; DECLARATION OF KAREN L. GRANT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On 10/6/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- **Jonathan Ball** jb@ball-lawcorp.com
- **Michael Jay Berger** michael.berger@bankruptcypower.com, yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com
- **James R Felton** jfelton@gblawllp.com, msingleman@gblawllp.com
- **John-Patrick McGinnis Fritz (TR)** jpftrustee@lnbyg.com, jpf@trustesolutions.net
- **Karen L Grant** kgrant@silcom.com
- **Noreen A Madoyan** Noreen.Madoyan@usdoj.gov
- **United States Trustee (LA)** ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On , I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 10/06/26 | Karen L. Grant | |
|---|---|---|
| *Date* | *Type Name* | *Signature* |